1    RUSSELL J. FRACKMAN (SBN 49087)
       rjf@msk.com
2    PATRICIA H. BENSON (SBN 60565)
       phb@msk.com
3    ROBERT H. ROTSTEIN (SBN 72452)
       rxr@msk.com
4    MITCHELL SILBERBERG & KNUPP LLP
     11377 West Olympic Boulevard
5    Los Angeles, CA  90064-1683
     Telephone: (310) 312-2000
6    Facsimile: (310) 312-3100

7    Attorneys for Plaintiffs

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                 WESTERN DIVISION

12   UMG RECORDINGS, INC.; CAPITOL        CASE NO. 14-7229
     RECORDS, LLC; SONY MUSIC
13   ENTERTAINMENT; SONY MUSIC            **COMPLAINT FOR COPYRIGHT**
     ENTERTAINMENT US LATIN LLC;          **INFRINGEMENT**
14   ARISTA MUSIC; PROVIDENT
     LABEL GROUP LLC; WARNER
15   BROS. RECORDS INC.; ATLANTIC         **DEMAND FOR JURY TRIAL**
     RECORDING CORPORATION;
16   ELEKTRA ENTERTAINMENT
     GROUP INC.; and WARNER MUSIC
17   LATINA INC.,

18            Plaintiffs,

19        v.

20   NARUSS MAHAKKAPONG (a/k/a
     BOB JOE and d/b/a FOREVER AND A
21   DAY and FOREVER AND A DAY
     NORTH AMERICA); SAMORNSRI
22   MAHAKKAPONG (a/k/a NUCHIE
     JOE and d/b/a FOREVER AND A
23   DAY and FOREVER AND A DAY
     NORTH AMERICA); FOREVER AND
24   A DAY (d/b/a FOREVER AND A
     DAY NORTH AMERICA);
25   BRADLEY DEHAVEN (d/b/a
     DEHAVEN ENTERPRISES); KIM
26   DEHAVEN (d/b/a DEHAVEN
     ENTERPRISES); MOTIVISION
27   MEDIA, LLC (d/b/a TEAM ONE);
     LUIS CHAVEZ; MARIA CHAVEZ;
28   FRANCISCO BAZAN (a/k/a PACO
     BAZAN); GEOVANA BAZAN;

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

VISION GLOBAL, LLC;
PRUTSANAI MAHAKKAPONG
(a/k/a PATRICK MAHAKKAPONG
and PATRICK JOE); RAMANYA
CHUDATAMEE (a/k/a JOYCE JOE);
BRAVEBERRY LLC (d/b/a
BRAVEBERRY GLOBAL); RON
PURYEAR (a/k/a JAMES RON
PURYEAR, JR.); GEORGIA LEE
PURYEAR; PURYEAR
ENTERPRISES, INC.; WORLD WIDE
GROUP, LLC (d/b/a WORLD WIDE
DREAMBUILDERS); and DOES 1
through 10, inclusive,

Defendants.

Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Sony Music Entertainment US Latin LLC, Arista Music, Provident Label Group LLC, Warner Bros. Records Inc., Atlantic Recording Corporation, Elektra Entertainment Group Inc., and Warner Music Latina Inc., for their Complaint against Defendants, allege as follows:

## **NATURE OF THE ACTION**

1.      This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.  This Court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331, 1338(a) and 1338(b).

2.      This case involves Defendants' systematic and widespread infringement and commercial appropriation of Plaintiffs' rights in their valuable and protected sound recordings.  The infringed recordings include those of some of the most popular recording artists in history, including Eminem, Michael Jackson, Jay-Z, Gloria Estefan, the Red Hot Chili Peppers, and the Black Eyed Peas, and iconic works such as "Empire State of Mind," "It's My Life," and "The Final Countdown."

3.     Defendants function as high-level "distributors" of products for the massive, multi-level marketing empire known as "Amway," and own, manage, and profit from businesses offering so-called Amway "business support materials." Without authorization, Defendants and their organizations routinely used Plaintiffs' sound recordings in marketing and promotional videos, effectively creating *commercials* for their goods and services.  These infringing videos form an integral part of an online marketing and social media strategy that has helped Defendants grow their own Amway-related businesses and has helped the Amway empire grow its annual revenues to $11.8 billion in 2013.

4.     A related action currently is pending in the Middle District of Florida involving Amway Corp. and its parent company, Alticor Inc., which also does business as "Amway."  *Alticor Inc., et al. v. UMG Recordings, Inc., et al.*, Case No. 6:14-cv-542-ORL-37-DAB (M.D. Fla.).  That action concerns claims of direct, contributory, and vicarious copyright infringement by the major record companies against Amway Corp. and Alticor Inc.  Plaintiffs file this action against entities and persons affiliated with Amway that also have directly or indirectly infringed Plaintiffs' sound recordings in videos promoting Amway and their own Amway-related businesses, and that are subject to personal jurisdiction in California.

5.     To date, and without the benefit of discovery, Plaintiffs have identified at least 65 different sound recordings that Defendants (or those acting under their supervision and control and/or with their knowledge and material contribution) have unlawfully copied, synchronized with video content, uploaded to the Internet, distributed, and/or publicly performed.  The infringing videos were uploaded (often in multiple copies and by multiple individuals) to public websites such as YouTube, Vimeo, Viddler, and Dailymotion; and to websites and social media accounts owned, operated, and maintained by Defendants, many of which operate from the State of California.  Other videos were uploaded from within California by Defendants or by those under their supervision and control.  The

Mitchell
Silberberg &
Knupp LLP

6381146.1

3

**COMPLAINT**

infringing videos were then made available and publicly performed over the Internet hundreds of thousands, if not millions of times, including to residents in the State of California.  Many of the infringing videos also were made available for download (*i.e.*, distribution and copying).  Certain of the videos were publicly performed at large Amway or Amway-related conventions, seminars, and conferences, including, on information and belief, within the State of California.  Other videos were created for promotional or commemorative purposes in connection with such events taking place in the State of California.

6.      Plaintiffs never authorized or consented to the commercial use of their valuable sound recordings in the infringing videos.  Defendants never sought licenses to use Plaintiffs' sound recordings.  Defendants, and those under their supervision and control, or acting with their material contribution and knowledge, simply misappropriated Plaintiffs' copyrighted works and used them to promote Defendants' Amway-related businesses, to market and sell Amway products, and to reap financial benefits from recruitment of new Amway distributors and from the substantial bonuses and "incentives" lavished by Amway upon its high-level distributors.  (Amway claims to have awarded more than *$4 billion* worth of such bonuses and incentives to its distributors in 2013 alone.)

7.      In many instances, Defendants directly participated in the infringing conduct.  Where Defendants have not infringed directly, they materially contributed to the infringement with knowledge or reason to know of the infringing activities, and failed to exercise their legal and practical right and ability to supervise and control the infringement, from which they have reaped enormous financial benefit.

## PLAINTIFFS AND THEIR SOUND RECORDINGS

**Plaintiffs**

8.     Plaintiffs are the four major record companies and their affiliated entities, which collectively own or control rights to the vast majority of valuable sound recordings sold, distributed, and licensed in the United States.  These sound recordings are the result of investment of time, money, and creative effort and are the lifeblood of Plaintiffs' business.  Plaintiffs negotiate and license to others the right to, among other things, incorporate their sound recordings in videos used for commercial purposes.

9.     **UMG.**  Plaintiff UMG Recordings, Inc. ("UMG") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California, within this District.

10.     **Capitol.**  Plaintiff Capitol Records, LLC ("Capitol") is a Delaware limited liability company with its principal place of business in the State of California, within this District.

11.     **Sony.**  Plaintiff Sony Music Entertainment ("Sony") is a partnership duly organized and existing under the laws of the State of Delaware, and maintains offices in the State of California, within this District.

12.     Plaintiff Sony Music Entertainment US Latin LLC ("Sony Latin") is a limited liability company owned by Sony, duly organized and existing under the laws of the State of Delaware.

13.     Plaintiff Arista Music ("Arista") is a partnership owned by Sony, duly organized and existing under the laws of the State of New York.

14.     Plaintiff Provident Label Group LLC ("Provident") is a limited liability company owned by Sony, duly organized and existing under the laws of the State of Delaware.

15.     **Warner.**  Plaintiff Warner Bros. Records Inc. ("WB Records") is a corporation duly organized and existing under the laws of the State of Delaware,

1   which maintains its principal place of business in Burbank, California and is a

2   wholly owned indirect subsidiary of Warner Music Group Corp. ("WMG").

3       16.    Plaintiff Atlantic Recording Corporation ("Atlantic") is a corporation

4   duly organized and existing under the laws of the State of Delaware, which is

5   qualified to transact business in the State of California and is a wholly owned

6   indirect subsidiary of WMG.

7       17.    Plaintiff Elektra Entertainment Group, Inc. ("Elektra") is a

8   corporation wholly owned by WMG, duly organized and existing under the laws of

9   the State of Delaware, which is qualified to transact business in the State of

10   California and is a wholly owned indirect subsidiary of WMG.

11       18.    Plaintiff Warner Music Latina Inc. ("Warner Music Latina") is a

12   corporation wholly owned by WMG, duly organized and existing under the laws of

13   the State of Delaware, which is qualified to transact business in the State of

14   California and is a wholly owned indirect subsidiary of WMG.

15

16   **Sound Recordings at Issue**

17       19.    Plaintiffs own copyrights and/or exclusive rights under U.S. law in

18   and to numerous valuable sound recordings (the "Copyrighted Recordings").

19   Exhibits 1 through 5, attached hereto and incorporated herein by this reference, are

20   non-exhaustive, representative lists of the Plaintiffs' Copyrighted Recordings

21   infringed directly or indirectly by Defendants.  Exhibits 1 through 5 additionally

22   identify the titles of the videos infringing the Copyrighted Recordings and their

23   uploaders, locations, and other relevant information.  Except where the

24   Copyrighted Recordings are exempt from registration requirements as non-"United

25   States works," Plaintiffs have obtained or applied for Certificates of Copyright

26   Registration in each of the Copyrighted Recordings identified in Exhibits 1

27   through 5.

28

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

## DEFENDANTS AND THEIR UNLAWFUL CONDUCT

## Amway "Independent Business Owners" (IBOs) and "Business Support Materials" (BSM)

20.     Amway is a self-described, worldwide "multi-level marketing company" which claims annual revenues of nearly $12 billion.  Amway's enormous revenues are dependent upon recruiting and contracting with millions of so-called Independent Business Owners or "IBOs."  IBOs pay Amway membership fees that give them the "right" to purchase Amway products, ostensibly for resale, and to recruit other IBOs to purchase, market, and sell Amway products.  In Amway's terminology, higher-level IBOs are "upline" to the sponsored IBOs beneath them, who constitute their "downlines" in a strictly defined, pyramid-like hierarchy.  Such a line of IBOs is referred to within the Amway empire as a "Line of Sponsorship."

21.     An Amway IBO who recruits a new re-seller receives "bonuses" based on the sales of that recruit, as does the IBO who recruited the recruiter, and so on up through the official Amway Lines of Sponsorship.  These Amway Lines of Sponsorship are supervised and controlled by the higher-level IBOs, are rigorously protected, and bring great wealth to those occupying the highest levels, including Defendants in this action.  High-level Amway IBOs, including on information and belief Defendants, regularly also receive other, "discretionary" awards from Amway consisting of substantial cash payments and travel.

22.     IBOs rely on "tools" or "business support materials" ("BSM") to build their businesses by recruiting prospects (*i.e.*, new IBOs) and to educate, motivate, and train IBOs to succeed in recruiting others.  Amway defines BSM as all products and services, ***including*** the infringing videos here, that are "designed to solicit or educate Prospects, Customers, or prospective Customers of Amway products or services … or to support, train, motivate, and/or educate IBOs," that use Amway's trademarks and/or copyrighted materials, or that are "otherwise

Mitchell
Silberberg &
Knupp LLP

6381146.1

7

**COMPLAINT**

offered with an explicit or implied sense of affiliation, connection, or association with Amway." The Amway-affiliated official association of IBOs in North America (which all IBOs must join upon registering) instructs that any time a video is "used by an IBO with other IBOs, Prospects or Customers, it will be characterized as intended for *commercial purposes* in the IBO's Amway business" (emphasis added).

23.     In their contracts with Amway, all IBOs consent to detailed "Rules of Conduct," which contain multiple provisions concerning BSM and provide that IBOs are contractually responsible to supervise their downlines. Under the Rules of Conduct, IBOs are obligated to train and motivate their downline IBOs or, alternatively, to compensate an IBO up the chain who is at the "Platinum" level or above to perform such training and motivation. Amway tasks IBOs designated as "Platinum" or above with supervising the activities of downline IBOs, including by maintaining frequent contact with them and enforcing compliance with Amway's Rules of Conduct, which only permit IBOs to distribute BSM (*e.g.*, promotional videos) if the materials comply with Amway's detailed "Quality Assurance Standards" (which claim to require licensing of any third-party sound recordings), submit the materials to Amway for review, *and* receive Amway's prior approval.

24.     All of the individual Defendants named in this action are Amway IBOs who, on information and belief, have achieved the level of "Diamond" or higher in the Amway organization – which according to Amway is several steps *above* "Platinum" and is attained only by a tiny minority of IBOs.

25.     These IBO Defendants have been obligated to control and supervise their downline IBOs, including with regard to the creation of BSM and the use of music in Amway-related videos. In many instances, the IBO Defendants directly infringed Plaintiffs' sound recordings. In other instances, the IBO Defendants knowingly contributed to and/or failed to exercise their legal and practical control over the infringing activities of their downline IBOs with respect to Plaintiffs'

Mitchell
Silberberg &
Knupp LLP

6381146.1

1  sound recordings and, along with Amway, have reaped the financial benefits of

2  these infringements.

3

4  **Amway's "BSM Suppliers" and "Approved Providers"**

5      26.    Amway-related BSM is sold to IBOs for profit and otherwise

6  disseminated by large organizations that typically are founded and led by high-

7  level IBOs ("BSM Suppliers").  Such Amway-related BSM also is distributed and

8  performed at Amway conferences and IBO-sponsored events designed to attract

9  and recruit new IBOs and motivate existing IBOs.  On information and belief,

10  Amway, BSM Suppliers, and IBOs sell tickets to and profit from these events.

11      27.    On information and belief, Defendants Forever and a Day (d/b/a

12  Forever and a Day North America), MotiVision Media, LLC (d/b/a Team ONE),

13  Vision Global, LLC, Braveberry LLC (d/b/a/ Braveberry Global), and World Wide

14  Group, LLC (d/b/a World Wide Dreambuilders) are BSM Suppliers (the "BSM

15  Supplier Defendants").  On information and belief, the individual Defendants in

16  this action are high-level IBOs who are the owners, operators, and leaders of their

17  respective BSM Suppliers, which they direct and control and of which they are the

18  ultimate decision makers.  For example, on information and belief, Defendants

19  Naruss and Samornsri MaHakkapong direct, control, and lead the BSM Supplier

20  known as Forever and a Day, while Defendants Bradley and Kim DeHaven direct,

21  control, and lead the BSM Supplier known as Team ONE.

22      28.    BSM and BSM Supplier organizations play an important role in the

23  Amway empire.  As a result, in addition to Amway's official "Lines of

24  Sponsorship," many IBOs also choose to associate with a specific BSM Supplier

25  through a similar vertical relationship known as a "Line of Affiliation," and thus

26  effectively become "members" or "downlines" within a particular BSM Supplier

27  organization.  On information and belief, IBOs typically affiliate themselves with

28  the BSM Supplier led by the highest-level and most prominent IBOs within their

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

Line of Sponsorship.  For instance, a downline IBO in the Line of Sponsorship of Naruss and Samornsri MaHakkapong will typically choose to become affiliated with the Forever and a Day organization, referred to as a "global family," while a downline IBO in the DeHaven Line of Sponsorship will typically choose to become affiliated with the Team ONE organization.  BSM Suppliers provide their affiliated IBOs with training, education, and support, including by providing mentorship and oversight of IBO activities.

29.     In at least several cases, the BSM Supplier Defendants here have been accredited by Amway as "Approved Providers" of BSM, which connotes an official "seal of approval" given by Amway to certain BSM Suppliers after what it claims is an intensive application and auditing process, through a program administered in connection with its department of BSM Administration and its department of Global Conduct and Rules.  Among other things, Approved Providers enter into contracts with Amway requiring them to supervise their affiliated downline IBOs and maintain high quality standards within their organizations, to offer various kinds of training to their affiliated IBOs, and to abide by Amway's Rules of Conduct.  On information and belief, Approved Providers also enter into contracts with affiliated IBOs requiring them to be bound by various terms and conditions, including regulations regarding the creation and use of BSM.  On information and belief, regardless of whether they are Approved Providers or not, all of the BSM Supplier Defendants are obligated under Amway's Rules of Conduct and other applicable regulations to supervise and control the activities of their affiliated IBOs, and all possess the right and ability to do so, including by virtue of their relationships with affiliated IBOs and contracts that require affiliated IBOs to cooperate with them (and with Amway) regarding the monitoring and use of BSM and that provide for termination of IBOs at the BSM Supplier's discretion.

30.     The BSM Supplier Defendants, together with the individual Defendants who own and control them, directly infringed Plaintiffs' sound recordings, materially contributed to infringement despite knowledge or reason to know of the infringing activities, and/or directly profited from failing or refraining to exercise their right and ability to control their downline infringers.

**The Infringing Videos**

31.     Collectively, Defendants unlawfully copied, synchronized, adapted, uploaded to the Internet, distributed, and publicly performed at least 65 of Plaintiffs' Copyrighted Recordings in at least 98 separately uploaded videos, or are secondarily liable for these acts by others in their downlines and/or BSM Supplier organizations.  Plaintiffs' music provides the "soundtrack" of these infringing videos.  Thus, the music frequently was selected specifically for its relation to a video's content and to evoke an emotional and motivating response.  The recordings generally are performed prominently (not as background music) throughout the videos and include all or a substantial and important part of the recordings.  The music often is the only audio portion of the video, is readily recognizable to the target audience, misleadingly associates Plaintiffs and their recording artists with Defendants and Amway, and is key to getting, retaining, and motivating a large audience.  At times there are several different infringing recordings in a single video.

32.     The videos all have the commercial purpose to benefit Defendants financially and to increase Defendants' business.  They are designed to:

    a)     market Amway products, as commercials or brand marketing for one or more Amway products, and/or generally promote the Amway business;

b)  train and motivate downline IBOs by communicating the Amway business strategy (or "Plan") and providing motivational training and instruction;

c)  depict the purportedly luxurious lifestyle of Amway IBOs;

d)  recruit new IBOs to join an Amway Line of Sponsorship or Amway-associated BSM Supplier organization;

e)  promote upcoming Amway or Amway BSM Supplier events such as large conventions and conferences;

f)  "highlight" past Amway and/or BSM Supplier events, focusing on the opportunities for networking, training, and entertainment experienced by those who attended; and

g)  celebrate the advancement of IBOs within the Amway hierarchy and motivate others to aspire to the same status.

33.  Defendants do not pay for the right to use Plaintiffs' sound recordings, and otherwise derive a direct financial benefit from the infringing videos, including from the flow of monies derived from new recruits who become downline IBOs and sales of Amway products (including "bonuses" and other "incentives" paid by Amway), from sales of BSM, and from monies, in which Defendants share, paid to attend conventions and conferences, as well as from the "draw" of infringing music to the organizations and events of Amway, IBOs, and BSM Suppliers.

34.  Where they are not the direct infringers, Defendants additionally have contributed to the infringing videos, including by providing the sites, facilities, training, and support systems that have enabled them.  Defendants knew or should have known of the infringing videos, because of, among other reasons, their own familiarity with and use of the Internet as a central marketing component in their Amway businesses and their close contacts with downline direct infringers through Amway-related events, online social networks, and mandated training and supervision.

35.     All of the infringing videos were made available online for viewing (streaming) and/or downloading within the United States and the State of California on public websites, such as YouTube, and also on websites and social media accounts owned, operated, and maintained by Defendants.  In many cases, the same infringing video was uploaded by multiple entities or individuals, and many of Plaintiffs' sound recordings were infringed multiple (as many as five or more) times in different videos.  On information and belief, several of the infringing videos have been distributed in other forms not yet accessible to Plaintiffs (such as on password-protected Amway-related websites and DVDs), including in the State of California, and have been performed at Amway or BSM Supplier events, including in the State of California, attended by large numbers of Amway recruits and IBOs.

## **The Defendant Individuals and Entities**

36.     **MaHakkapong / Forever and a Day Defendants:**  Defendants Naruss MaHakkapong (a/k/a Bob Joe and d/b/a Forever and a Day and Forever and a Day North America) and Samornsri MaHakkapong (a/k/a Nuchie Joe and d/b/a Forever and a Day and Forever and a Day North America) are, on information and belief, citizens of California residing in Irvine, California who have achieved the level of at least "Executive Diamonds" within the Amway organization. According to a statement on Amway's official website, Naruss and Samornsri MaHakkapong are a "young and energetic couple who have found novel ways to share the Amway business with people of all ages.  They use social media, technology, *hip hop music*, and multimedia tools to talk about the business and strategies for success" (emphasis added).  On information and belief, Naruss and Samornsri MaHakkapong also are and at all relevant times have been doing business as, and/or are the alter egos of, Forever and a Day and Forever and a Day

1  North America, and are the ultimate decision makers who have directed and
2  controlled their operations.

3      37.     Defendant Forever and a Day (d/b/a Forever and a Day North
4  America) is, on information and belief, a BSM Supplier based in California and
5  Thailand, that is owned, controlled, and operated by Naruss and Samornsri
6  MaHakkapong and/or is their alter ego.  As Forever and a Day North America,
7  Forever and a Day operates a website located at www.foreverandaday.com, whose
8  terms of service state that "[t]he exclusive forum for the resolution of any dispute
9  relating to the terms and conditions of this Agreement shall be the state and federal
10 courts in Los Angeles, California, USA."  On information and belief, Forever and a
11 Day also has owned, controlled, and operated channels on YouTube and Vimeo
12 disseminating numerous infringing videos promoting Naruss and Samornsri
13 MaHakkapong's Amway-related business, which were created by and/or uploaded
14 by Forever and a Day and/or the MaHakkapongs, including a "foreverandadayTV"
15 YouTube channel that alone was subscribed to by more than 1,400 people.  After
16 notice was sent to Naruss MaHakkapong demanding that these infringing activities
17 cease, these channels continued to disseminate infringing videos, including on
18 information and belief videos changed to require a password.

19     38.     As detailed in Exhibit 1 hereto, Naruss MaHakkapong, Samornsri
20 MaHakkapong, Forever and a Day (d/b/a Forever and a Day North America),
21 and/or on information and belief, those acting under their supervision and control
22 and to their financial benefit and/or with their knowledge and material
23 contribution, unlawfully copied, synchronized, adapted, uploaded to the Internet,
24 distributed, and publicly performed at least 20 of Plaintiffs' Copyrighted
25 Recordings in at least 46 separately uploaded videos.  Among the Copyrighted
26 Recordings infringed in these videos are the number one hits "Empire State of
27 Mind" performed by Jay-Z and Alicia Keys, and "I Gotta Feeling" performed by
28 the Black Eyed Peas.

39.     On information and belief, Naruss and Samornsri MaHakkapong personally participated in, made the decisions regarding, directed, controlled, and/or ratified the infringements, and/or are responsible for these acts of infringement by virtue of their personal roles and obligations as high-level Amway IBOs presiding over their "downlines" in the Amway Lines of Sponsorship and the Forever and a Day organization.  Both have appeared in infringing videos, and Naruss MaHakkapong has personally introduced infringing videos at conferences and linked to them from his personal social media accounts.

40.     On information and belief, several of these videos have been regularly performed at large conferences or conventions sponsored by Forever and a Day, by Amway, or by other BSM Suppliers.  In at least one video, Naruss and Samornsri MaHakkapong are shown visiting Amway headquarters and meeting with senior Amway executives.  At least one senior Amway executive published an article on an official Amway website promoting the "Forever and a Day" business of Naruss and Samornsri MaHakkapong and linking directly to this video.

41.     On or about January 31, 2014, after several notices to Amway resulted in no action, Plaintiffs sent a notice directly to Naruss MaHakkapong and to Forever and a Day, both by e-mail and by overnight mail, detailing more than 30 instances of infringement of at least 15 of Plaintiffs' Copyrighted Recordings, and demanding that further infringement stop immediately.  However, the infringement continued.

42.     Defendants Naruss and Samornsri MaHakkapong, and Forever and a Day (d/b/a Forever and a Day North America), are collectively referred to hereinafter as the "MaHakkapong / Forever and a Day Defendants."

43.     **DeHaven / Team ONE Defendants:**  Defendants Bradley DeHaven and Kim DeHaven (d/b/a DeHaven Enterprises) are, on information and belief, Amway IBOs of at least "Diamond" level who are citizens of California residing in El Cajon, California.  On information and belief, Bradley and Kim DeHaven also

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

1    are and at all relevant times have been leaders of the BSM Supplier known as

2    Team ONE, and the ultimate decision makers of MotiVision Media, LLC (d/b/a

3    Team ONE), and have directed and controlled their operations. On information

4    and belief, Bradley and/or Kim DeHaven also do business as DeHaven Enterprises.

5        44.    Defendant MotiVision Media, LLC (d/b/a Team ONE) is, on

6    information and belief, a California limited liability company with its principal

7    place of business identified as the residence of Defendants Bradley and Kim

8    DeHaven in El Cajon, California. On information and belief, Team ONE does

9    business regularly in the State of California and in this District as an "Approved

10   Provider" of Amway BSM. Team ONE purports to be "an alliance of Amway

11   business owners … who've embraced the social media Age," and claims to provide

12   "training and mentorship to grow a successful web-based business."

13        45.    As detailed in Exhibit 2 hereto, Bradley and Kim DeHaven (d/b/a

14   DeHaven Enterprises), MotiVision Media, LLC (d/b/a Team ONE), and/or on

15   information and belief, those acting under their supervision and control and to their

16   financial benefit and/or with their knowledge and material contribution, unlawfully

17   copied, synchronized, adapted, uploaded to the Internet, distributed, and publicly

18   performed at least 16 of Plaintiffs' Copyrighted Recordings in at least 19

19   separately uploaded videos. The majority of these videos were uploaded to and

20   made available on the Team ONE website "dolifebetter.info," which is registered

21   to Bradley DeHaven and to the organization DeHaven Enterprises. This website

22   states that its contents are copyrighted by MotiVision Media, LLC, and the

23   "Contact Us" section of the website offers a message from Bradley and Kim

24   DeHaven.

25        46.    Despite Plaintiffs' notices to Amway regarding the infringing videos

26   located on the Team ONE website, Plaintiffs subsequently located further videos

27   infringing Plaintiffs' Copyrighted Recordings affiliated with Team ONE and/or the

28   DeHavens, including four videos promoting Team ONE and Amway that were

uploaded and made available from the public website Viddler.com, under the username "dehaven1." On information and belief, the "dehaven1" Viddler account is or was owned and maintained by Bradley DeHaven.

47.     On information and belief, Bradley and Kim DeHaven personally participated in, made the decisions regarding, directed, controlled, and/or ratified the infringements, and/or are responsible for these acts of infringement by virtue of their personal roles and obligations as high-level Amway IBOs presiding over their "downlines" in the Amway Lines of Sponsorship and the Team ONE organization.

48.     Defendants Bradley and Kim DeHaven (d/b/a DeHaven Enterprises), and MotiVision Media, LLC (d/b/a Team ONE), are collectively referred to hereinafter as the "DeHaven / Team ONE Defendants."

49.     **Vision Global Defendants:** Defendants Francisco Bazan (a/k/a Paco Bazan) and Geovana Bazan are high-level Amway IBOs who, on information and belief, are citizens of California residing in Chula Vista, California. On information and belief, Francisco Bazan also is and at all relevant times has been, through an intermediate Nevada company, a manager and officer of Vision Global, LLC.

50.     Defendants Luiz Chavez and Maria Chavez are high-level Amway IBOs who, on information and belief, reside in Arizona. On information and belief, Luiz and Maria Chavez also are and at all relevant times have been, through an intermediate Nevada company, managers and officers of Vision Global, LLC.

51.     Defendant Vision Global, LLC is, on information and belief, a Nevada limited liability company which does business regularly in the State of California and in this District as an accredited "Approved Provider" of Amway BSM. Vision Global purports to provide "invaluable training, education, motivation, development, support, and socialization" to Amway IBOs.

52.     Francisco and Geovana Bazan, and Luis and Maria Chavez, are, on information and belief, and at all relevant times have been the ultimate decision

makers regarding the operations of Vision Global, LLC, and they have directed and controlled its operations.

53.     As detailed in Exhibit 3 hereto, Francisco and Geovana Bazan, Luis and Maria Chavez, Vision Global, LLC, and/or on information and belief, those acting under their supervision and control and to their financial benefit and/or with their knowledge and material contribution, unlawfully copied, synchronized, adapted, uploaded to the Internet, distributed, and publicly performed at least 15 of Plaintiffs' Copyrighted Recordings in at least 13 separately uploaded videos.  On information and belief, these include infringing videos uploaded by residents of the State of California and videos depicting or promoting Vision Global events occurring in the State of California.

54.     On information and belief, Luis and Maria Chavez, and Francisco and Geovana Bazan, personally participated in, made the decisions regarding, directed, controlled, and/or ratified the infringements, and/or are responsible for these acts of infringement by virtue of their personal roles and obligations as high-level Amway IBOs presiding over their "downlines" in the Amway Lines of Sponsorship and the Vision Global organization.

55.     Defendants Luis and Maria Chavez, Francisco and Geovana Bazan, and Vision Global, LLC are collectively referred to hereinafter as the "Vision Global Defendants."

56.     **Braveberry Defendants:**  Defendants Prutsanai MaHakkapong (a/k/a Patrick MaHakkapong and Patrick Joe) and Ramanya Chudatamee (a/k/a Joyce Joe) are, on information and belief, Amway IBOs of "Crown Ambassador" level who are citizens of California residing in Los Angeles, California.  On information and belief, Prutsanai MaHakkapong has at all relevant times been the sole managing member of Braveberry LLC and its ultimate decision maker and has, either individually or in concert with Ramanya Chudatamee, controlled the operations of Braveberry LLC.

Mitchell
Silberberg &
Knupp LLP

6381146.1

57.     Defendant Braveberry LLC (d/b/a Braveberry Global) is, on information and belief, a Nevada limited liability company registered to do business in California since 2012, with its principal place of business in Los Angeles, California and a mailing address of PO Box 25178, Los Angeles, CA 90025.  On information and belief, Braveberry LLC also does business as "Braveberry Global."

58.     As detailed in Exhibit 4 hereto, Prutsanai MaHakkapong (a/k/a Patrick MaHakkapong or Patrick Joe), Ramanya Chudatamee (a/k/a Joyce Joe), Braveberry LLC (d/b/a Braveberry Global), and/or on information and belief, those acting under their supervision and control and to their financial benefit and/or with their knowledge and material contribution, unlawfully copied, synchronized, adapted, uploaded to the Internet, distributed, and publicly performed at least 4 of Plaintiffs' Copyrighted Recordings in at least 6 separately uploaded videos.  These include videos infringing Plaintiffs' recordings of well-known artists such as Eminem, Katy Perry, and Linkin Park.

59.     On information and belief, Prutsanai MaHakkapong and Ramanya Chudatamee personally participated in, made the decisions regarding, directed, controlled, and/or ratified the infringements, and/or are responsible for these acts of infringement by virtue of their personal roles and obligations as high-level Amway IBOs presiding over their "downlines" in the Amway Lines of Sponsorship and the Braveberry organization.

60.     Defendants Prutsanai MaHakkapong (a/k/a Patrick MaHakkapong and Patrick Joe), Ramanya Chudatamee (a/k/a Joyce Joe), and Braveberry LLC (d/b/a Braveberry Global), are collectively referred to hereinafter as the "Braveberry Defendants."

61.     **Puryear / Worldwide Dreambuilders Defendants:**  Defendants Ron Puryear (a/k/a James Ron Puryear, Jr.) and Georgia Lee Puryear are, on information and belief, high-level IBOs who are residents of Washington who

1 regularly do business as individuals in the State of California and in this District.

2 On information and belief, Ron and Georgia Lee Puryear have at all relevant times

3 been owners of Puryear Enterprises, Inc. and World Wide Group, LLC (d/b/a

4 World Wide Dreambuilders) and the ultimate decision makers who have directed

5 and controlled their operations.

6       62.    Defendant Puryear Enterprises, Inc. is, on information and belief, a

7 Washington corporation, which is in the business of operating the Amway

8 distributorship of Defendants Ron and Georgia Lee Puryear and/or providing

9 "business support" products and services to IBOs in connection with Defendant

10 World Wide Group, LLC.

11       63.    Defendant World Wide Group, LLC (d/b/a World Wide

12 Dreambuilders) is, on information and belief, a Washington limited liability

13 company, which regularly does business in the State of California and in this

14 District as an "Approved Provider" of Amway-related BSM known as "World

15 Wide Dreambuilders."

16       64.    As detailed in Exhibit 5 hereto, Ron and Georgia Lee Puryear,

17 Puryear Enterprises, Inc., World Wide Group, LLC (d/b/a World Wide

18 Dreambuilders), and/or on information and belief, those acting under their

19 supervision and control and to their financial benefit and/or with their knowledge

20 and material contribution, unlawfully copied, synchronized, adapted, uploaded to

21 the Internet, distributed, and publicly performed at least 16 of Plaintiffs'

22 Copyrighted Recordings in at least 15 separately uploaded videos.  On information

23 and belief, these include infringing videos uploaded by high-level IBOs residing in

24 the State of California and videos depicting or promoting World Wide

25 Dreambuilders events occurring in the State of California.

26       65.    On information and belief, Ron and Georgia Lee Puryear personally

27 participated in, made the decisions regarding, directed, controlled, and/or ratified

28 the said infringements, and/or are responsible for these acts of infringement by

Mitchell Silberberg & Knupp LLP

6381146.1

20

**COMPLAINT**

1  virtue of their personal roles and obligations as high-level Amway IBOs presiding

2  over their "downlines" in Amway's Lines of Sponsorship and the World Wide

3  Dreambuilders organization.

4      66.    Defendants Ron and Georgia Lee Puryear, Puryear Enterprises, Inc.,

5  and World Wide Group, LLC are collectively referred to hereinafter as the

6  "Puryear / World Wide Dreambuilders Defendants."

7      67.    **DOES 1 through 10:**  The true names and capacities, whether

8  individual, corporate, associate, or otherwise, of the Defendants sued herein as

9  DOES 1 through 10, inclusive, are unknown to Plaintiffs, which sue said

10  Defendants by such fictitious names.  If necessary, Plaintiffs will seek leave to

11  amend this Complaint to state their true names and capacities when the same have

12  been ascertained.  DOES 1 through 10 are liable are a result of their participation

13  in all or some of the acts herein alleged.

14

15              **JURISDICTION AND VENUE**

16      68.    This Court has personal jurisdiction over each Defendant in that,

17  among other things, each Defendant engaged in willful infringement of Plaintiffs'

18  Copyrighted Recordings with knowledge that such acts would have an impact in

19  the State of California.  Los Angeles, California is well-known to be a world center

20  for the music recording industry, including Plaintiffs.  Further, each Defendant

21  knew or should have known that Plaintiffs UMG, Capitol, and WB Records have

22  their principal places of business in the State of California, and that Plaintiff Sony

23  maintains offices in the State of California, and therefore that their infringing

24  activities would cause harm to Plaintiffs' intellectual property and business in the

25  State of California.

26      69.    Further, each Defendant has engaged in tortious conduct within the

27  State of California, including but not limited to by uploading infringing videos

28  onto YouTube or other highly interactive websites whose facilities and primary

Mitchell
Silberberg &
Knupp LLP

6381146.1

21

**COMPLAINT**

servers are, on information and belief, located in California, and/or by acting contibutorily or benefitting vicariously with respect to others who uploaded such infringing videos. Each Defendant knew or should have known that YouTube and/or other websites on which the videos were copied were based in California, including by submitting to YouTube's Terms of Service which state this expressly, and that uploading videos to them would result in the unlawful reproduction, distribution, and public performance of the infringing videos containing Plaintiffs' Copyrighted Recordings in and from California. Moreover, the videos at issue were accessible and were accessed in the State of California, and, on information and belief, each Defendant possesses downlines or BSM organization affiliates in the State of California to whom these videos were directed, or who themselves uploaded the infringing videos, and each received monies based on the activities of these California downlines and/or affiliates.

70. The MaHakkapong / Forever and a Day Defendants, the DeHaven / Team ONE Defendants, the Braveberry Defendants, and Francisco and Geovana Bazan of the Vision Global Defendants are citizens of the State of California. These Defendants reside or, in the case of the entities, are incorporated or have their principal places of businesses in the State of California.

71. All of the Defendants regularly solicit and conduct business in and engage in a persistent course of conduct in the State of California, including by training and motivating Amway IBOs and downlines in the State of California (including, on information and belief, those who participated in the infringements at issue), reaping the financial benefits from the activities of downline IBOs in the State of California, promoting Amway and recruiting Amway downline IBOs in the State of California, and/or marketing and selling Amway goods to consumers in the State of California. For these reasons as well, Defendants expected or should reasonably have expected their acts to have consequences in the State of California.

72.     Venue is proper in this District pursuant to 28 U.S.C. § 1400(a), in that Defendants are subject to personal jurisdiction and may be found in this District, and also pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claims occurred, or a substantial part of property that is the subject of the action is situated, in this District.

## COUNT I

## Direct, Contributory, and Vicarious Copyright Infringement

## (by Plaintiffs UMG, Sony, Arista, and Atlantic against the MaHakkapong / Forever and a Day Defendants, and DOES 1 through 2)

73.     Plaintiffs incorporate by this reference each and every allegation contained in paragraphs 1 through 72, inclusive.

74.     Plaintiffs UMG, Sony, Arista, and Atlantic own copyrights and/or exclusive rights in and to their Copyrighted Recordings, including but not limited to those identified in Exhibit 1, and possess the exclusive rights of reproduction, adaptation, distribution, and public performance by means of a digital audio transmission.  17 U.S.C. §§ 106 and 501.  Exhibit 1 is a non-exhaustive, representative list of infringing Amway-related videos that were created and/or uploaded by the MaHakkapong / Forever and a Day Defendants or, on information and belief, that are properly attributed to the MaHakkapong / Forever and a Day Defendants' downlines or BSM organization and for which the MaHakkapong / Forever and a Day Defendants are responsible and liable.

75.     As described herein and in Exhibit 1, the MaHakkapong / Forever and a Day Defendants, and each of them, have directly and/or indirectly infringed the copyrights of said Plaintiffs in the Copyrighted Recordings, in one or more of the manners described below, including without limitation by means of infringing videos uploaded to servers located in the United States, distributed, publicly performed, and/or made available from servers located in the United States, and

Mitchell
Silberberg &
Knupp LLP

6381146.1

1   distributed, publicly performed, and/or made available to others residing within the

2   United States.

3   76.   The MaHakkapong / Forever and a Day Defendants have reproduced,

4   adapted, distributed, and/or publicly performed the Copyrighted Recordings

5   without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

6   77.   Alternatively or in addition, the MaHakkapong / Forever and a Day

7   Defendants are contributorily liable to said Plaintiffs for the infringement of their

8   copyrights in the Copyrighted Recordings.  The MaHakkapong / Forever and a

9   Day Defendants have, with actual or constructive knowledge, or willful blindness,

10   materially contributed to unauthorized reproductions, adaptions, distributions,

11   and/or public performances of said Copyrighted Recordings by their downline

12   IBOs in their Amway Lines of Sponsorship, Lines of Affiliation, and/or others

13   associated with the Forever and a Day organization or Amway, have encouraged

14   and induced such infringing activity through the acts and conduct alleged herein,

15   and have failed and refused to take simple measures to limit or curtail such

16   infringing activity, such as by ceasing their own direct infringements, exercising

17   their authority over downlines as high-level IBOs and BSM Suppliers, or

18   discontinuing material support to direct infringers.

19   78.   Alternatively or in addition, the MaHakkapong / Forever and a Day

20   Defendants are vicariously liable to said Plaintiffs for the infringements of their

21   copyrights in the Copyrighted Recordings.  The MaHakkapong / Forever and a

22   Day Defendants had both the legal and practical right and ability to supervise and

23   control the infringing conduct of their downline IBOs in the Amway Lines of

24   Sponsorship, Lines of Affiliation, and/or Forever and a Day organization,

25   including as set forth in Amway's Rules of Conduct and BSM policies, but have

26   failed and refused to exercise such supervision and control to limit infringement to

27   the extent required by law.  As a direct and proximate result of such refusal, the

28   downline IBOs of the MaHakkapong / Forever and a Day Defendants, and each of

Mitchell
Silberberg &
Knupp LLP

6381146.1

24

**COMPLAINT**

them, within the Amway Lines of Sponsorship, Lines of Affiliation, and/or the Forever and a Day organization have infringed the copyrights in the Copyrighted Recordings, including by reproducing, adapting, distributing, and/or publicly performing the Copyrighted Recordings.  The MaHakkapong / Forever and a Day Defendants derive a direct financial benefit from this infringement, including but not limited to increased recruitment of IBOs, the sale of merchandise, and the increased brand recognition and user traffic resulting from the "draw" of Plaintiffs' Copyrighted Recordings.

79.     Each such infringement of the Copyrighted Recordings described above constitutes a separate and distinct act of infringement.

80.     The MaHakkapong / Forever and a Day Defendants' acts of infringement were willful, in disregard of, and with indifference to, the rights of Plaintiffs UMG, Sony, Arista, and Atlantic.

81.     As a direct and proximate result of the infringements by the MaHakkapong / Forever and a Day Defendants, said Plaintiffs are entitled to damages and to the profits of the MaHakkapong / Forever and a Day Defendants, and each of them, in amounts to be proven at trial which are not currently ascertainable.  Alternatively, said Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed (for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally), or in such other amount as may be proper under 17 U.S.C. § 504(c).

82.     Plaintiffs UMG, Sony, Arista, and Atlantic are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

83.     As a result of the MaHakkapong / Forever and a Day Defendants' acts and conduct, said Plaintiffs have sustained and, unless the MaHakkapong / Forever and a Day Defendants are enjoined and restrained by this Court, will sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Said Plaintiffs are entitled to an injunction enjoining further

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

1    infringement of their copyrights by the MaHakkapong / Forever and a Day

2    Defendants.

3    ## COUNT II

4    ## Direct, Contributory, and Vicarious Copyright Infringement

5    ## (by Plaintiffs UMG, Capitol, Sony, Provident, WB Records, and Atlantic

6    ## against the DeHaven / Team ONE Defendants, and DOES 3 through 4)

7    84.    Plaintiffs incorporate by this reference each and every allegation

8    contained in paragraphs 1 through 72, inclusive.

9    85.    Plaintiffs UMG, Capitol, Sony, Provident, WB Records, and Atlantic

10   own copyrights and/or exclusive rights in and to their Copyrighted Recordings,

11   including but not limited to those identified in Exhibit 2, and possess the exclusive

12   rights of reproduction, adaptation, distribution, and public performance by means

13   of a digital audio transmission.  17 U.S.C. §§ 106 and 501.  Exhibit 2 is a non-

14   exhaustive, representative list of infringing Amway-related videos that were

15   created and/or uploaded by the DeHaven / Team ONE Defendants or, on

16   information and belief, that are properly attributed to the DeHaven / Team ONE

17   Defendants' downlines or BSM organization and for which the DeHaven / Team

18   ONE Defendants are responsible and liable.

19   86.    As described herein and in Exhibit 2, the DeHaven / Team ONE

20   Defendants, and each of them, have directly and/or indirectly infringed the

21   copyrights of said Plaintiffs in the Copyrighted Recordings, in one or more of the

22   manners described below, including without limitation by means of infringing

23   videos uploaded to servers located in the United States, distributed, publicly

24   performed, and/or made available from servers located in the United States, and

25   distributed, publicly performed, and/or made available to others residing within the

26   United States.

27

28

Mitchell
Silberberg &
Knupp LLP

6381146.1

87.     The DeHaven / Team ONE Defendants have reproduced, adapted, distributed, and/or publicly performed the Copyrighted Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

88.     Alternatively or in addition, the DeHaven / Team ONE Defendants are contributorily liable to said Plaintiffs for the infringement of their copyrights in the Copyrighted Recordings.  The DeHaven / Team ONE Defendants have, with actual or constructive knowledge, or willful blindness, materially contributed to unauthorized reproductions, adaptions, distributions, and/or public performances of said Copyrighted Recordings by their downline IBOs in their Amway Lines of Sponsorship, Lines of Affiliation, and/or others associated with the Team ONE organization or Amway, have encouraged and induced such infringing activity through the acts and conduct alleged herein, and have failed and refused to take simple measures to limit or curtail such infringing activity, such as by ceasing their own direct infringements, exercising their authority over downlines as high-level IBOs and BSM Suppliers, or discontinuing material support to direct infringers.

89.     Alternatively or in addition, the DeHaven / Team ONE Defendants are vicariously liable to said Plaintiffs for the infringements of their copyrights in the Copyrighted Recordings.  The DeHaven / Team ONE Defendants had both the legal and practical right and ability to supervise and control the infringing conduct of their downline IBOs in the Amway Lines of Sponsorship, Lines of Affiliation, and/or Team ONE organization, including as set forth in Amway's Rules of Conduct and BSM policies, but have failed and refused to exercise such supervision and control to limit infringement to the extent required by law.  As a direct and proximate result of such refusal, the downline IBOs of the DeHaven / Team ONE Defendants, and each of them, within the Amway Lines of Sponsorship, Lines of Affiliation, and/or the Team ONE organization have infringed the copyrights in the Copyrighted Recordings, including by reproducing, adapting, distributing, and/or publicly performing the Copyrighted Recordings.

The DeHaven / Team ONE Defendants derive a direct financial benefit from this infringement, including but not limited to increased recruitment of IBOs, the sale of merchandise, and the increased brand recognition and user traffic resulting from the "draw" of Plaintiffs' Copyrighted Recordings.

90.     Each such infringement of the Copyrighted Recordings described above constitutes a separate and distinct act of infringement.

91.     The DeHaven / Team ONE Defendants' acts of infringement were willful, in disregard of, and with indifference to, the rights of Plaintiffs UMG, Capitol, Sony, Provident, WB Records, and Atlantic.

92.     As a direct and proximate result of the infringements by the DeHaven / Team ONE Defendants, said Plaintiffs are entitled to damages and to the profits of the DeHaven / Team ONE Defendants, and each of them, in amounts to be proven at trial which are not currently ascertainable.  Alternatively, said Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed (for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally), or in such other amount as may be proper under 17 U.S.C. § 504(c).

93.     Plaintiffs UMG, Capitol, Sony, Provident, WB Records, and Atlantic are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

94.     As a result of the DeHaven / Team ONE Defendants' acts and conduct, said Plaintiffs have sustained and, unless the DeHaven / Team ONE Defendants are enjoined and restrained by this Court, will sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Said Plaintiffs are entitled to an injunction enjoining further infringement of their copyrights by the DeHaven / Team ONE Defendants.

## COUNT III

### Direct, Contributory, and Vicarious Copyright Infringement

### (by Plaintiffs UMG, Capitol, Sony, Sony Latin, Elektra, and Warner Music Latina against the Vision Global Defendants, and DOES 5 through 6)

95.     Plaintiffs incorporate by this reference each and every allegation contained in paragraphs 1 through 72, inclusive.

96.     Plaintiffs UMG, Capitol, Sony, Sony Latin, Elektra, and Warner Music Latina own copyrights and/or exclusive rights in and to their Copyrighted Recordings, including but not limited to those identified in Exhibit 3, and possess the exclusive rights of reproduction, adaptation, distribution, and public performance by means of a digital audio transmission.  17 U.S.C. §§ 106 and 501. Exhibit 3 is a non-exhaustive, representative list of infringing Amway-related videos that were created and/or uploaded by the Vision Global Defendants or, on information and belief, that are properly attributed to the Vision Global Defendants' downlines or BSM organization and for which the Vision Global Defendants are responsible and liable.

97.     As described herein and in Exhibit 3, the Vision Global Defendants, and each of them, have directly and/or indirectly infringed the copyrights of said Plaintiffs in the Copyrighted Recordings, in one or more of the manners described below, including without limitation by means of infringing videos uploaded to servers located in the United States, distributed, publicly performed, and/or made available from servers located in the United States, and distributed, publicly performed, and/or made available to others residing within the United States.

98.     The Vision Global Defendants have reproduced, adapted, distributed, and/or publicly performed the Copyrighted Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

99.     Alternatively or in addition, the Vision Global Defendants are contributorily liable to said Plaintiffs for the infringement of their copyrights in the

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

Copyrighted Recordings.  The Vision Global Defendants have, with actual or constructive knowledge, or willful blindness, materially contributed to unauthorized reproductions, adaptions, distributions, and/or public performances of said Copyrighted Recordings by their downline IBOs in their Amway Lines of Sponsorship, Lines of Affiliation, and/or others associated with the Vision Global organization or Amway, have encouraged and induced such infringing activity through the acts and conduct alleged herein, and have failed and refused to take simple measures to limit or curtail such infringing activity, such as by ceasing their own direct infringements, exercising their authority over downlines as high-level IBOs and BSM Suppliers, or discontinuing material support to direct infringers.

100.   Alternatively or in addition, the Vision Global Defendants are vicariously liable to said Plaintiffs for the infringements of their copyrights in the Copyrighted Recordings.  The Vision Global Defendants had both the legal and practical right and ability to supervise and control the infringing conduct of their downline IBOs in the Amway Lines of Sponsorship, Lines of Affiliation, and/or Vision Global organization, including as set forth in Amway's Rules of Conduct and BSM policies, but have failed and refused to exercise such supervision and control to limit infringement to the extent required by law.  As a direct and proximate result of such refusal, the downline IBOs of the Vision Global Defendants, and each of them, within the Amway Lines of Sponsorship, Lines of Affiliation, and/or the Vision Global organization have infringed the copyrights in the Copyrighted Recordings, including by reproducing, adapting, distributing, and/or publicly performing the Copyrighted Recordings.  The Vision Global Defendants derive a direct financial benefit from this infringement, including but not limited to increased recruitment of IBOs, the sale of merchandise, and the increased brand recognition and user traffic resulting from the "draw" of Plaintiffs' Copyrighted Recordings.

101.    Each such infringement of the Copyrighted Recordings described above constitutes a separate and distinct act of infringement.

102.    The Vision Global Defendants' acts of infringement were willful, in disregard of, and with indifference to, the rights of Plaintiffs UMG, Capitol, Sony, Sony Latin, Elektra, and Warner Music Latina.

103.    As a direct and proximate result of the infringements by the Vision Global Defendants, said Plaintiffs are entitled to damages and to the profits of the Vision Global Defendants, and each of them, in amounts to be proven at trial which are not currently ascertainable.  Alternatively, said Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed (for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally), or in such other amount as may be proper under 17 U.S.C. § 504(c).

104.    Plaintiffs UMG, Capitol, Sony, Sony Latin, Elektra, and Warner Music Latina are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

105.    As a result of the Vision Global Defendants' acts and conduct, Said Plaintiffs have sustained and, unless the Vision Global Defendants are enjoined and restrained by this Court, will sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Said Plaintiffs are entitled to an injunction enjoining further infringement of their copyrights by the Vision Global Defendants.

## COUNT IV

### Direct, Contributory, and Vicarious Copyright Infringement

### (by Plaintiffs UMG, Capitol, and WB Records against the Braveberry Defendants, and DOES 7 through 8)

106.   Plaintiffs incorporate by this reference each and every allegation contained in paragraphs 1 through 72, inclusive.

107.   Plaintiffs UMG, Capitol, and WB Records own copyrights and/or exclusive rights in and to their Copyrighted Recordings, including but not limited to those identified in Exhibit 4, and possess the exclusive rights of reproduction, adaptation, distribution, and public performance by means of a digital audio transmission.  17 U.S.C. §§ 106 and 501.  Exhibit 4 is a non-exhaustive, representative list of infringing Amway-related videos that were created and/or uploaded by the Braveberry Defendants or, on information and belief, that are properly attributed to the Braveberry Defendants' downlines or BSM organization and for which the Braveberry Defendants are responsible and liable.

108.   As described herein and in Exhibit 4, the Braveberry Defendants, and each of them, have directly and/or indirectly infringed the copyrights of said Plaintiffs in the Copyrighted Recordings, in one or more of the manners described below, including without limitation by means of infringing videos uploaded to servers located in the United States, distributed, publicly performed, and/or made available from servers located in the United States, and distributed, publicly performed, and/or made available to others residing within the United States.

109.   The Braveberry Defendants have reproduced, adapted, distributed, and/or publicly performed the Copyrighted Recordings without authorization, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

110.   Alternatively or in addition, the Braveberry Defendants are contributorily liable to said Plaintiffs for the infringement of their copyrights in the Copyrighted Recordings.  The Braveberry Defendants have, with actual or

1   constructive knowledge, or willful blindness, materially contributed to

2   unauthorized reproductions, adaptions, distributions, and/or public performances of

3   said Copyrighted Recordings by their downline IBOs in their Amway Lines of

4   Sponsorship, Lines of Affiliation, and/or others associated with the Braveberry

5   organization or Amway, have encouraged and induced such infringing activity

6   through the acts and conduct alleged herein, and have failed and refused to take

7   simple measures to limit or curtail such infringing activity, such as by ceasing their

8   own direct infringements, exercising their authority over downlines as high-level

9   IBOs and BSM Suppliers, or discontinuing material support to direct infringers.

10         111.   Alternatively or in addition, the Braveberry Defendants are

11   vicariously liable to said Plaintiffs for the infringements of their copyrights in the

12   Copyrighted Recordings.  The Braveberry Defendants had both the legal and

13   practical right and ability to supervise and control the infringing conduct of their

14   downline IBOs in the Amway Lines of Sponsorship, Lines of Affiliation, and/or

15   Braveberry organization, including as set forth in Amway's Rules of Conduct and

16   BSM policies, but have failed and refused to exercise such supervision and control

17   to limit infringement to the extent required by law.  As a direct and proximate

18   result of such refusal, the downline IBOs of the Braveberry Defendants, and each

19   of them, within the Amway Lines of Sponsorship, Lines of Affiliation, and/or the

20   Braveberry organization have infringed the copyrights in the Copyrighted

21   Recordings, including by reproducing, adapting, distributing, and/or publicly

22   performing the Copyrighted Recordings.  The Braveberry Defendants derive a

23   direct financial benefit from this infringement, including but not limited to

24   increased recruitment of IBOs, the sale of merchandise, and the increased brand

25   recognition and user traffic resulting from the "draw" of Plaintiffs' Copyrighted

26   Recordings.

27         112.   Each such infringement of the Copyrighted Recordings described

28   above constitutes a separate and distinct act of infringement.

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

113.   The Braveberry Defendants' acts of infringement were willful, in disregard of, and with indifference to, the rights of Plaintiffs UMG, Capitol, and WB Records.

114.   As a direct and proximate result of the infringements by the Braveberry Defendants, said Plaintiffs are entitled to damages and to the profits of the Braveberry Defendants, and each of them, in amounts to be proven at trial which are not currently ascertainable.  Alternatively, said Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed (for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally), or in such other amount as may be proper under 17 U.S.C. § 504(c).

115.   Plaintiffs UMG, Capitol, and WB Records are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

116.   As a result of the Braveberry Defendants' acts and conduct, said Plaintiffs have sustained and, unless the Braveberry Defendants are enjoined and restrained by this Court, will sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Said Plaintiffs are entitled to an injunction enjoining further infringement of their copyrights by the Braveberry Defendants.

## COUNT V

### Direct, Contributory, and Vicarious Copyright Infringement

### (by Plaintiffs UMG, Capitol, Sony, Arista, and Atlantic against the Puryear / World Wide Dreambuilders Defendants, and DOES 9 through 10)

117.   Plaintiffs incorporate by this reference each and every allegation contained in paragraphs 1 through 72, inclusive.

118.   Plaintiffs UMG, Capitol, Sony, Arista, and Atlantic own copyrights and/or exclusive rights in and to their Copyrighted Recordings, including but not

1    limited to those identified in Exhibit 5, and possess the exclusive rights of

2    reproduction, adaptation, distribution, and public performance by means of a

3    digital audio transmission.  17 U.S.C. §§ 106 and 501.  Exhibit 5 is a non-

4    exhaustive, representative list of infringing Amway-related videos that were

5    created and/or uploaded by the Puryear / World Wide Dreambuilders Defendants

6    or, on information and belief, that are properly attributed to the Puryear / World

7    Wide Dreambuilders Defendants' downlines or BSM organization and for which

8    the Puryear / World Wide Dreambuilders Defendants are responsible and liable.

9         119.   As described herein and in Exhibit 5, the Puryear / World Wide

10   Dreambuilders Defendants, and each of them, have directly and/or indirectly

11   infringed the copyrights of said Plaintiffs in the Copyrighted Recordings, in one or

12   more of the manners described below, including without limitation by means of

13   infringing videos uploaded to servers located in the United States, distributed,

14   publicly performed, and/or made available from servers located in the United

15   States, and distributed, publicly performed, and/or made available to others

16   residing within the United States.

17        120.   The Puryear / World Wide Dreambuilders Defendants have

18   reproduced, adapted, distributed, and/or publicly performed the Copyrighted

19   Recordings without authorization, in violation of the Copyright Act, 17 U.S.C.

20   §§ 106 and 501.

21        121.   Alternatively or in addition, the Puryear / World Wide Dreambuilders

22   Defendants are contributorily liable to said Plaintiffs for the infringement of their

23   copyrights in the Copyrighted Recordings.  The Puryear / World Wide

24   Dreambuilders Defendants have, with actual or constructive knowledge, or willful

25   blindness, materially contributed to unauthorized reproductions, adaptions,

26   distributions, and/or public performances of said Copyrighted Recordings by their

27   downline IBOs in their Amway Lines of Sponsorship, Lines of Affiliation, and/or

28   others associated with the World Wide Dreambuilders organization or Amway,

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

1   have encouraged and induced such infringing activity through the acts and conduct

2   alleged herein, and have failed and refused to take simple measures to limit or

3   curtail such infringing activity, such as by ceasing their own direct infringements,

4   exercising their authority over downlines as high-level IBOs and BSM Suppliers,

5   or discontinuing material support to direct infringers.

6        122.   Alternatively or in addition, the Puryear / World Wide Dreambuilders

7   Defendants are vicariously liable to said Plaintiffs for the infringements of their

8   copyrights in the Copyrighted Recordings.  The Puryear / World Wide

9   Dreambuilders Defendants had both the legal and practical right and ability to

10   supervise and control the infringing conduct of their downline IBOs in the Amway

11   Lines of Sponsorship, Lines of Affiliation, and/or World Wide Dreambuilders

12   organization, including as set forth in Amway's Rules of Conduct and BSM

13   policies, but have failed and refused to exercise such supervision and control to

14   limit infringement to the extent required by law.  As a direct and proximate result

15   of such refusal, the downline IBOs of the Puryear / World Wide Dreambuilders

16   Defendants, and each of them, within the Amway Lines of Sponsorship, Lines of

17   Affiliation, and/or the World Wide Dreambuilders organization have infringed the

18   copyrights in the Copyrighted Recordings, including by reproducing, adapting,

19   distributing, and/or publicly performing the Copyrighted Recordings.  The Puryear

20   / World Wide Dreambuilders Defendants derive a direct financial benefit from this

21   infringement, including but not limited to increased recruitment of IBOs, the sale

22   of merchandise, and the increased brand recognition and user traffic resulting from

23   the "draw" of Plaintiffs' Copyrighted Recordings.

24        123.   Each such infringement of the Copyrighted Recordings described

25   above constitutes a separate and distinct act of infringement.

26        124.   The Puryear / World Wide Dreambuilders Defendants' acts of

27   infringement were willful, in disregard of, and with indifference to, the rights of

28   Plaintiffs UMG, Capitol, Sony, Arista, and Atlantic.

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

125.   As a direct and proximate result of the infringements by the Puryear / World Wide Dreambuilders Defendants, said Plaintiffs are entitled to damages and to the profits of the Puryear / World Wide Dreambuilders Defendants, and each of them, in amounts to be proven at trial which are not currently ascertainable. Alternatively, said Plaintiffs are entitled to maximum statutory damages of $150,000 for each copyright infringed (for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally), or in such other amount as may be proper under 17 U.S.C. § 504(c).

126.   Plaintiffs UMG, Capitol, Sony, Arista, and Atlantic are further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

127.   As a result of the Puryear / World Wide Dreambuilders Defendants' acts and conduct, said Plaintiffs have sustained and, unless the Puryear / World Wide Dreambuilders Defendants are enjoined and restrained by this Court, will sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Said Plaintiffs are entitled to an injunction enjoining further infringement of their copyrights by the Puryear / World Wide Dreambuilders Defendants.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendants, as follows:

1.     For profits and damages in such amount as may be determined; alternatively, for maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed (for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally), or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

Mitchell
Silberberg &
Knupp LLP

6381146.1

**COMPLAINT**

2.     For injunctive relief enjoining Defendants, and each of them, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from: (i) directly or indirectly infringing in any manner any of the Plaintiffs' respective copyrights (whether now in existence or hereafter created), including without limitation, the Copyrighted Recordings listed on Exhibits 1-5; and (ii) causing, contributing to, participating in, inducing, or enabling the infringement of any of Plaintiffs' respective copyrights, including without limitation, the Copyrighted Recordings listed on Exhibits 1-5.

3.     For prejudgment interest according to law.

4.     For Plaintiffs' attorneys' fees and full costs.

5.     For such other and further relief as the Court may deem proper under the circumstances.

DATED:  September 16, 2014          RUSSELL J. FRACKMAN
                                    PATRICIA H. BENSON
                                    ROBERT H. ROTSTEIN
                                    MITCHELL SILBERBERG & KNUPP LLP


                                    By:  /s/ Russell J. Frackman
                                         Russell J. Frackman

                                         Attorneys for Plaintiffs

1

## <u>JURY DEMAND</u>

2        Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music

3  Entertainment, Sony Music Entertainment US Latin LLC, Arista Music, Provident

4  Label Group LLC, Warner Bros. Records Inc., Atlantic Recording Corporation,

5  Elektra Entertainment Group Inc., and Warner Music Latina Inc. demand a trial by

6  jury.

7

8  DATED:  September 16, 2014     MITCHELL SILBERBERG & KNUPP LLP
                                 RUSSELL J. FRACKMAN

9                                  PATRICIA H. BENSON

10                                 ROBERT H. ROTSTEIN

11

12                     By:  /s/ Russell J. Frackman
                              Russell J. Frackman

13

                           Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**Exhibit 1**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Alicia Keys | Empire State Of Mind (Part II) Broken Down | pending | Sony Music Entertainment | Bob Joe e Nuchie Palestrantes - Convenção de Curitiba | 1000Diamantes | http://www.youtube.com/watch?v=uLTmX_RV6uk | Forever and a Day |
| Alicia Keys | Empire State Of Mind (Part II) Broken Down | pending | Sony Music Entertainment | Convenção de Curitiba com BOB JOE E NUCHIE | 1000Diamantes | http://www.youtube.com/watch?v=E_2cgEA4Fml | Forever and a Day |
| Alicia Keys | Empire State Of Mind (Part II) Broken Down | pending | Sony Music Entertainment | Convenção de Curitiba com BOB JOE E NUCHIE | wsramosgroup | http://www.youtube.com/watch?v=mfdtJcshl8M | Forever and a Day; Welton da Silva Ramos |
| Alicia Keys | Empire State of Mind (Part II) Broken Down | pending | Sony Music Entertainment | Đại Hội Gen Y 2012 Yme Amway [2012 Gen Y Conference Yme Amway] | Crador5A Việt Nam | https://www.youtube.com/watch?v=0cinoSK3H10 | Amway; Forever and a Day; Crador Vietnam |
| Alicia Keys | Empire State Of Mind (Part II) Broken Down | pending | Sony Music Entertainment | EDC Bob & Nuchie Joe of Amway Thailand 2012 | foreverandadayTV | http://www.youtube.com/watch?v=Fji-Vx5zJks | Forever and a Day |
| Alicia Keys | Empire State Of Mind (Part II) Broken Down | pending | Sony Music Entertainment | Return to Retro: EDC Bob & Nuchie Joe 2012 | forever and a day ℠ | http://vimeo.com/41225068 | Forever and a Day |
| Alicia Keys | Empire State Of Mind (Part II) Broken Down | pending | Sony Music Entertainment | YME: EDC Bobby MaHakkapong - Ho Chi Minh City | forever and a day ℠ | http://vimeo.com/57139259 | Forever and a Day |
| Alicia Keys | Empire State Of Mind (Part II) Broken Down | pending | Sony Music Entertainment | แอมเวย์กับคนรุ่นใหม่  4 [Amway's New Generation 4] | Suraphan Thongsuk | http://www.youtube.com/watch?v=QwIp6klMjDQ | Amway; Suraphan Thongsuk |
| Bon Jovi | It's My Life | SR 281-803 | UMG Recordings, Inc. | Redream: Australia | foreverandadayTV | http://www.youtube.com/watch?v=0kv7VosO9Jc | Forever and a Day |
| Bon Jovi | It's My Life | SR 281-803 | UMG Recordings, Inc. | Redream: Ferrari & Lamborghini Racing | forever and a day ℠ | http://vimeo.com/41338507 | Forever and a Day |
| Chris Brown | Turn Up the Music | SR 711-816 | Sony Music Entertainment | Đại Hội Gen Y 2012 Yme Amway [2012 Gen Y Conference Yme Amway] | Crador5A Việt Nam | https://www.youtube.com/watch?v=0cinoSK3H10 | Amway; Crador Vietnam |
| David Guetta ft. Usher | Without You | SR 683-523 | Atlantic Recording Corporation | Overture: Diamond Brian & Emmy 2012 | forever and a day ℠ | http://vimeo.com/41509430 | Forever and a Day |
| David Guetta ft. Usher | Without You | SR 683-523 | Atlantic Recording Corporation | Private Life: EDC Bob & Nuchie MaHakkapong | forever and a day ℠ | http://vimeo.com/47298654 | Forever and a Day |
| Garbage | When I Grow Up | SR 251-375 | UMG Recordings, Inc. | Đại Hội Gen Y 2012 Yme Amway [2012 Gen Y Conference Yme Amway] | Crador5A Việt Nam | https://www.youtube.com/watch?v=0cinoSK3H10 | Amway; Forever and a Day; Crador Vietnam |
| Garbage | When I Grow Up | SR 251-375 | UMG Recordings, Inc. | EDC Bob & Nuchie Joe | foreverandadayTV | http://www.youtube.com/watch?v=5WRqV2LMVOI | Forever and a Day |
| Garbage | When I Grow Up | SR 251-375 | UMG Recordings, Inc. | EDC Bob & Nuchie Joe - Naruss & Samornsri Mahakkapong | amwayfeeds | http://www.youtube.com/watch?v=tfOJF252OKY | Forever and a Day |

**Exhibit 1**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Garbage | When I Grow Up | SR 251-375 | UMG Recordings, Inc. | EDC Bob & Nuchie Joe - Naruss & Samornsri Mahakkapong | 3sTeamTV1 | http://www.youtube.com/watch?v=v8Ztyymhlg8 | Forever and a Day |
| Garbage | When I Grow Up | SR 251-375 | UMG Recordings, Inc. | EDC Bob & Nuchie MaHakkapong Overture | forever and a day ᵟ | http://vimeo.com/54643782 | Forever and a Day |
| Garbage | When I Grow Up | SR 251-375 | UMG Recordings, Inc. | Naruss Thai Lan khach moi len san khau | Hai Vu | https://www.youtube.com/watch?v=SWvR73sHttM | Forever and a Day |
| Garbage | When I Grow Up | SR 251-375 | UMG Recordings, Inc. | Thailand Amway EDC Bob & Nuchie Joe - Naruss & Samornsri Mahakkapong.mp4 | Smilehehe0924 | http://www.youtube.com/watch?v=-Dly8hUrZDQ | Forever and a Day |
| Jay Sean | Down | SR 639-572 | UMG Recordings, Inc. | GroundZero: Annual Prime Event Teaser | foreverandadayTV | http://www.youtube.com/watch?v=SCXfNzDzr1M | Forever and a Day |
| Jay-Z ft. Alicia Keys | Empire State of Mind | SR 704-835 | Atlantic Recording Corporation | Convenção de Curitiba com BOB JOE E NUCHIE | wsramosgroup | http://www.youtube.com/watch?v=mfdtUcshl8M | unknown |
| Jay-Z ft. Alicia Keys | Empire State of Mind | SR 704-835 | Atlantic Recording Corporation | EDC Bob & Nuchie Joe of Amway Thailand 2012 | foreverandadayTV | http://www.youtube.com/watch?v=Fji-Vx5zJks | Forever and a Day |
| Jay-Z ft. Alicia Keys | Empire State of Mind | SR 704-835 | Atlantic Recording Corporation | Return to Retro: EDC Bob & Nuchie Joe 2012 | forever and a day ᵟ | http://vimeo.com/41225068 | Forever and a Day |
| Jay-Z ft. Alicia Keys | Empire State of Mind | SR 704-835 | Atlantic Recording Corporation | แอมเวย์กับคนรุ่นใหม่  4 [Amway's New Generation 4] | Suraphan Thongsuk | http://www.youtube.com/watch?v=Qwlp6klMjDQ | Suraphan Thongsuk |
| Jennifer Lopez ft. Pitbull | On the Floor | SR 677-256 | UMG Recordings, Inc. | แอมเวย์กับคนรุ่นใหม่  4 [Amway's New Generation 4] | Suraphan Thongsuk | http://www.youtube.com/watch?v=Qwlp6klMjDQ | Amway; Suraphan Thongsuk |
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | Close BOB JOE.mov | dukekulachol | http://www.youtube.com/watch?v=VmZ5H1npHfl | Forever and a Day |
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | FEDC Bob & Nuch Joe Lifestyle Video | Len Lin | http://vimeo.com/34453866 | Len Lin |
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | Final Bob Nuch Overture_HOÀNG AMWAY TOÀN QUỐC 01699594912 | Hoang Mai | http://www.youtube.com/watch?v=f3J9Rc-pQKc | Hoang Mai |
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | Naruss Thai Lan khach moi len san khau | Hai Vu | https://www.youtube.com/watch?v=SWvR73sHttM | Forever and a Day |
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | PALESTRANTES CONVIDADOS - CURITIBA - 31/AGO e 01/Set - Lifestyle | 1000Diamantes | http://www.youtube.com/watch?v=HNfSe755jec | unknown |
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | Thailand Executive Diamond Bob Joe & Nuch Joe Lifestyle.mp4 | smilehehe0924 | http://www.youtube.com/watch?v=eXTFEKNeD6g | unknown |
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | Thailand-Executive-Diamond-Amway - how to build a profitable bussiness | Amway-Global | http://www.dailymotion.com/video/xzd0ya_thailand-executive-diamond-amway-how-to-build-a-profitable-bussiness_lifestyle | Forever and a Day |

**Exhibit 1**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Jordin Sparks | This Is My Now | SR 667-919 | Sony Music Entertainment | YME MALAYSIA by Thailand EDC Bob & Nuchie Joe 2011 | foreverandadayTV | http://www.youtube.com/watch?v=R_OUg3hi9Kg | Amway; Forever a Day |
| LMFAO | Party Rock Anthem | SR 671-268 | UMG Recordings, Inc. | Bobby Naruss & Nuchie in Malaysia | foreverandadayTV | http://www.youtube.com/watch?v=Rd9KioN32tE | Forever a Day |
| LMFAO | Party Rock Anthem | SR 671-268 | UMG Recordings, Inc. | YME Malaysia featuring Bob & Nuchie Joe Highlights | foreverandadayTV | http://www.youtube.com/watch?v=G1KTNzi3Coc | Amway; Forever a Day |
| Martika | Love...Thy Will Be Done | SR 135-270 | Sony Music Entertainment | The Kitchen Table of Brower Lake | forever and a day SM | http://vimeo.com/54646366 | Forever a Day |
| Michael Jackson | This Is It (Orchestra Version) | pending | Sony Music Entertainment | This is it! March 11, 2012 | foreverandadayTV | http://www.youtube.com/watch?v=TtFzBQ2DZms | Forever a Day |
| Michael Jackson | This Is It (Orchestra Version) | pending | Sony Music Entertainment | This is it! by forever and a day | foreverandadayTV | http://www.youtube.com/watch?v=qxYiLeMrgUA | Forever a Day |
| Michelle Branch | The Game of Love | SR 325-816 | Arista Music | EDC Bob & Nuchie Joe visits Amway Malaysia Yme & Vietnam Rally 2011 | amwayfeeds | http://www.youtube.com/watch?v=GY5iYZxuL5w | Forever a Day |
| One Direction | One Way Or Another (Teenage Kicks) | pending | Sony Music Entertainment | Forever and a day Getaway : North Asian Cruise Taiwan-Japan May 2013 | Chenchira Lamueangrit | http://www.youtube.com/watch?v=SlA44e7oEzk | Chenchira Lamueangrit |
| Pitbull ft. Chris Brown | International Love | SR 681-904 | Sony Music Entertainment | Đại Hội Gen Y 2012 Yme Amway | Crador5A Việt Nam | https://www.youtube.com/watch?v=0cinoSK3H10 | Amway; Crador Vietnam |
| Pitbull ft. Marc Anthony | Rain Over Me | SR 681-904 | Sony Music Entertainment | YME Malaysia featuring Bob & Nuchie Joe Highlights | foreverandadayTV | http://www.youtube.com/watch?v=G1KTNzi3Coc | Amway; Forever a Day |
| Sum 41 | Fat Lip | SR 298-689 | UMG Recordings, Inc. | GroundZero! Prime; | foreverandadayTV | http://www.youtube.com/watch?v=ZFLQktWxK34 | Forever a Day |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Amway Gen Y EDC Bob Joe Amway Thailand | KC Chang | http://www.youtube.com/watch?v=VtTN_24OkN8 | Forever a Day |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Amway Gen Y EDC Bob Joe Amway Thailand | amwayfeeds | http://www.youtube.com/watch?v=lOpqUwB3DY8 | Forever a Day |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Amway Thailand EDC Bob and Nuch Gen Y grou HOÀNG ÂMY 01699594912.MP4 | Hoang Mai | http://www.youtube.com/watch?v=M8Wq300u_1l | Hoang Mai |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Amway Thailand EDC Bob and Nuch Gen Y group .mp4 | smilehehe0924 | http://www.youtube.com/watch?v=g2PYIBuSAB8 | Forever a Day |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Amway Thailand EDC Bob and Nuch Gen Y group mp41] | TVConventionline | http://www.youtube.com/watch?v=JlSMaG8VY8g | Forever a Day |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Amway thailand forever a day - Cuộc sống phải như thế | Change Your Life - Change The World | http://www.youtube.com/watch?v=MGPrG2JC4yw | Phong Andel Lee |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Forever & a Day "Gen-Y" | Len Lin | http://vimeo.com/48657075 | Len Lin |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | forever and a day team.mp4 | Long Nguyen | https://www.youtube.com/watch?v=8T_DtbR_nlw | Long Nguyen |

**Exhibit 1**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | GenY Possible - forever and a day (Alaska) | foreverandadayTV | http://www.youtube.com/watch?v=j1F-7Ql3IAo | Forever and a Day |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Successful Amway Gen Y EDC Bob Joe Amway-Thailand | efuture4u | http://www.youtube.com/watch?v=41gG5wU3_8U | Forever and a Day |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | YME MALAYSIA by Thailand EDC Bobby Naruss & Nuchie 2011 | foreverandadayTV | http://www.youtube.com/watch?v=R_OUg3hi9Kg | Amway; Forever and a Day |
| The Script ft. Will I Am | Hall of Fame | SR 710-171 | Sony Music Entertainment | Team Forever ™ HD Official Debut from ① forever and a day ™ on Vimeo | Ngân Nguyễn | https://www.youtube.com/watch?v=bUbmfUIg048 | Ngân Nguyễn |
| Third Eye Blind | Semi-Charmed Life | SR 188-673 | Atlantic Recording Corporation | Bob & Nuchie Joe Speech for Amway Indonesia in Medan | foreverandadayTV | http://www.youtube.com/watch?v=kblBuQHgweU | Forever and a Day |
| Third Eye Blind | Semi-Charmed Life | SR 188-673 | Atlantic Recording Corporation | EDC Bob & Nuchie Joe visits Amway Malaysia Yme & Vietnam Rally 2011 | amwayfeeds | http://www.youtube.com/watch?v=GY5iYZxuL5w | Forever and a Day |

# EXHIBIT 2

**Exhibit 2**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| AC/DC | T.N.T. | SR 005-722 | Sony Music Entertainment | Feb7bds_cheer.mov | Brad DeHaven | http://dolifebetter.info/movies/Feb7bds_cheer.mov | Brad DeHaven |
| Black Lab | Learn to Crawl | SR 316-861 | Sony Music Entertainment | FEC 2009 | dehaven1 | http://www.viddler.com/v/c9d3cb8 | Brad DeHaven |
| Black Lab | Learn to Crawl | SR 316-861 | Sony Music Entertainment | FEC09.mov | Brad DeHaven | http://dolifebetter.info/movies/FEC09.mov | Brad DeHaven |
| Bon Jovi | It's My Life | SR 281-803 | UMG Recordings, Inc. | Youngest Crown | Team1rocks | http://www.youtube.com/watch?v=_eJvoFPogWU | Brad DeHaven |
| Danny Gokey | My Best Days Are Ahead of Me | SR 643-783 | Sony Music Entertainment | Sept 25 Signature Event | P5Extreme | http://www.viddler.com/v/48353ef5 | Todd Clark |
| Jay-Z | N***s In Paris | SR 683-714 | UMG Recordings, Inc. | Bryon Jaymes Lifestyle | Team1rocks | http://www.youtube.com/watch?v=ZmkuGBBFTrE | Team-ONE |
| Kevin Rudolf ft. Lil Wayne | Let It Rock | SR 617-648 | UMG Recordings, Inc. | OLM-promo-stream.mov | Brad DeHaven | http://dolifebetter.info/movies/OLM-promo-stream.mov | Brad DeHaven |
| K'Naan | Dreamer | SR 622-348 | UMG Recordings, Inc. | may-bds.mov | Brad DeHaven | http://dolifebetter.info/movies/may-bds.mov | Brad DeHaven |
| New Found Glory | Coming Home | SR 396-055 | UMG Recordings, Inc. | Mens Leadership Retreat | Team1rocks | http://www.youtube.com/watch?v=p0ofc-0DTQg | Brad DeHaven |
| Ottmar Liebert | 2 the Night | SR 122-594 | Capitol Records, LLC | WC 2010 Recap from Tyler & Esther | dehaven1 | http://www.viddler.com/v/e6b47797 | Brad DeHaven |
| Red Hot Chili Peppers | Get on Top | SR 174-922 | Warner Bros. Records Inc. | Dream-Water%20Sports.mov | Brad DeHaven | http://dolifebetter.info/movies/Dream-Water%20Sports.mov | Brad DeHaven |
| Skillet | Hero | SR 657 152 | Atlantic Recording Corporation | WC-2010-promo2-s.mov | Brad DeHaven | http://dolifebetter.info/movies/WC-2010-promo2-s.mov | Brad DeHaven |
| Skillet | Hero | SR 657 152 | Atlantic Recording Corporation | Winter Conference 2011 | dehaven1 | http://www.viddler.com/v/7aa788c1 | Brad DeHaven |
| Sting | Desert Rose | SR 271-015 | UMG Recordings, Inc. | Brad-Redwoods.mov | Brad DeHaven | http://dolifebetter.info/movies/Brad-Redwoods.mov | Brad DeHaven |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Achievers 2010 San Diego | P5Extreme | http://www.viddler.com/v/9d9e4637 | Todd Clark |
| The Black Eyed Peas | I Gotta Feeling | SR 412-278 / SR 633-584 | UMG Recordings, Inc. | Summer Leadership 2010 | dehaven1 | http://www.viddler.com/v/a54f6cc2 | Brad DeHaven |
| The Wanted | Glad You Came | (exempt) | UMG Recordings, Inc. | 90 Day Challenge Intro | dolifebetteracademy | http://www.youtube.com/watch?v=LChOqDrqeoc | Brad DeHaven |
| Third Day | This is Who I Am | SR 619-065 | Provident Label Group LLC | Mens_retreat_promo_09.mov | Brad DeHaven | http://dolifebetter.info/movies/Mens_retreat_promo_09.mov | Brad DeHaven |
| Tom Petty | Runnin' Down a Dream | SR 103-541 | UMG Recordings, Inc. | Adidas_Track.mov | Brad DeHaven | http://dolifebetter.info/movies/Adidas_Track.mov | Brad DeHaven |

# EXHIBIT 3

## Exhibit 3

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Bill Conti | Going the Distance | N38011 | Capitol Records, LLC | Alberto Mayagoita-Reconocimiento a Rocky | cdconj | http://www.youtube.com/watch?v=G862CM1NCmk | Daniel Campos |
| Caballo Dorado | No Rompas Mi Corazon | SR 394-990 | Warner Music Latina Inc. | Haciendo Amigos.wmv | coronafundador | http://www.youtube.com/user/CORONAFUNDADOR#p/u/2/Cjr3eEAyn6l | Fermin Castro |
| Caballo Dorado | Payaso De Rodeo | SR 394-990 | Warner Music Latina Inc. | Haciendo Amigos.wmv | coronafundador | http://www.youtube.com/user/CORONAFUNDADOR#p/u/2/Cjr3eEAyn6l | Fermin Castro |
| Diego Torres | Color Esperanza | pending | Sony Music Entertainment | Moviesi se Puede.wmv | coronafundador | http://www.youtube.com/user/CORONAFUNDADOR#p/u/1/wtOQf9ntYTk | Fermin Castro |
| Diego Torres | Color Esperanza | pending | Sony Music Entertainment | Suenos 0001 | coronafundador | http://www.youtube.com/user/CORONAFUNDADOR#p/u/0/45bj_5QA53k | Fermin Castro |
| Europe | The Final Countdown | SR 076-395 | Sony Music Entertainment | Convension Long Beach Verano 2009 | JCgaona1 | http://www.youtube.com/watch?v=YDAUZ5txPuo | Juan Gaona |
| Europe | The Final Countdown | SR 076-395 | Sony Music Entertainment | vision global libre empresa las vegas 2011 | jandosaul | http://www.youtube.com/watch?v=htBTkoiU3UI | unknown |
| Gloria Estefan & various artists | Puedes Llegar | SR 235-419 | Capitol Records, LLC | Moviesi se Puede.wmv | coronafundador | http://www.youtube.com/user/CORONAFUNDADOR#p/u/1/wtOQf9ntYTk | Fermin Castro |
| Gloria Estefan & various artists | Puedes Llegar | SR 235-419 | Capitol Records, LLC | Quixtar-Amway Hispanic Diamonds "Vision Global" | joram88 | http://www.youtube.com/user/joram88#p/a/u/2/_X39EE0gylg | Victor Vidana |
| Gloria Estefan & various artists | Puedes Llegar | SR 235-419 | Capitol Records, LLC | Suenos 0001 | coronafundador | http://www.youtube.com/user/CORONAFUNDADOR#p/u/0/45bj_5QA53k | Fermin Castro |
| Héroes Del Silencio | Flor Venenosa | (exempt) | Warner Music Latina Inc. | Marcianitos Con Vision de Éxito | xsmaniaco (Etymos Productions) | http://www.youtube.com/user/xsmaniaco#p/u/24/mmTD-xK3zbk | Roberto Barriga |
| Héroes Del Silencio | Maldito Duende | (exempt) | Warner Music Latina Inc. | Futuros Diamanates ( Indianapolis ) | xsmaniaco (Etymos Productions) | http://www.youtube.com/user/xsmaniaco#p/u/18/fE5vnZ5JlY8 | Roberto Barriga |
| LMFAO | Party Rock Anthem | SR 671-268 | UMG Recordings, Inc. | Nuevos Platinos de Las Vegas | elguerrerodephoenix | http://www.youtube.com/watch?v=mrideKhrwms | Miguel Alarcon Subdiaz |
| Mijares ft. Lucero | El Privilegio De Amar | SR 358-546 | UMG Recordings, Inc. | Nuestra Historia a Platino | hopingsplash | http://www.youtube.com/watch?v=DdQ9SMilCRE | Arturo and Araceli Gomez |
| Psy | Gangnam Style | SR 708-885 | UMG Recordings, Inc. | Vision Global 평션 스케치 | Bravo Family | http://vimeo.com/74089765 | Wonbo Shim |
| Ruben Blades | Buscando America | SR 53-073 | Elektra Entertainment Group Inc. | Seminario de Liderazgo AMWAY 2007 | VadersinX | http://www.youtube.com/watch?v=lZ_C-DCObvc | Amway |

1 of 2

## Exhibit 3

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Ruben Blades | Oye | SR 209-166 | Sony Music Entertainment US Latin LLC | Seminario de Liderazgo AMWAY 2007 | VadersinX | http://www.youtube.com/watch?v=IZ_C-DCObvc | Amway |
| Sade | No Ordinary Love | SR 183-731 | Sony Music Entertainment | Nuevos Platinos de Las Vegas | elguerrerodephoenix | http://www.youtube.com/watch?v=mrideKhrwms | Miguel Alarcon Subdiaz |
| The Black Eyed Peas | The Time (Dirty Bit) | SR 717-504 | UMG Recordings, Inc. | Nuevos Platinos de Las Vegas | elguerrerodephoenix | http://www.youtube.com/watch?v=mrideKhrwms | Miguel Alarcon Subdiaz |

# EXHIBIT 4

**Exhibit 4**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Eminem | Not Afraid | SR 653-571 | UMG Recordings, Inc. | F2DM Patrick Joyce Joe Red Carpet Founders Double Diamond Recognition | Len Lin | http://vimeo.com/48657074 | Len Lin |
| Eminem | Not Afraid | SR 653-571 | UMG Recordings, Inc. | Patrick & Joy Joe Founder Double Diamond Red Carpet | Yoshuke777 | http://www.youtube.com/watch?v=8GIJ5xdjsAQ | Yothin Mamongkol |
| Eminem | Not Afraid | SR 653-571 | UMG Recordings, Inc. | Patrick Joyce Joe Red Carpet Founders Double Diamond Recognition.mp4 | Patrickwave | http://www.amwaysociety.com/video/2011/03/page/2/  http://www.youtube.com/watch?v=etHrepvAlYc | Patrick MaHakkapong |
| Katy Perry | Tommie Sunshine's Megasix Smash-Up | SR 695-553 | Capitol Records, LLC | [Teaser] braveberry LIVE#4 | pangPOND braveberry PowerBiz | http://vimeo.com/42588710 | PangPond Krub |
| Linkin Park | New Divide | SR 656-468 | Warner Bros. Records Inc. | Patrick & Joyce Joe- New Divide_World Tour 2010_HQ_.mp4 | harukaayasee | http://www.youtube.com/watch?v=_JBdstKGQrE | unknown |
| Psy | Gangnam Style | SR 708-885 | UMG Recordings, Inc. | [Promote] braveberry Live Style from braveberry Thailand | pangPOND braveberry PowerBiz | http://vimeo.com/groups/braveberrythailand/videos/49466010 | PangPond Krub |

# EXHIBIT 5

**Exhibit 5**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Bill Conti | Gonna Fly Now | N38007 | Capitol Records, LLC | FED 2013 - Irvine, CA - New Founder's Diamonds - Dean & Marcie Whalen | nitrotic | http://www.youtube.com/watch?v=MCg1MBQ_kTU | Justin Stevens |
| Colbie Caillat | Brighter than the Sun | SR 679-497 | UMG Recordings, Inc. | Bravo Family COH 투어 [Bravo Family COH Tour] | Wonbo Shim | http://vimeo.com/47221984 | Wonbo Shim |
| Colm Wilkenson | This is the Moment | SR 126-313 | Arista Music | Amway 40 FAA Founders Crown Ambassadors 200 Plus- Leonard & Esther Kim | fca70 | http://www.youtube.com/user/fca70#p/u/24/L4yo8po7mll  http://www.amwaysociety.com/video/2011/03/page/5/ | unknown |
| David Foster | Winter Games (LP version) (new edit) | pending | Atlantic Recording Corporation | 2010 FED Korea | Seowk75 | http://www.youtube.com/watch?v=cbumYQx5N_U | Wonkyoung Seo |
| David Guetta ft. Usher | Without You | SR 683-523 | Atlantic Recording Corporation | MI Team Achieve 2013 | Bravo Family | http://vimeo.com/73661814 | Wonbo Shim |
| Fatboy Slim | Ya Mama | SR 295-356 | Capitol Records, LLC | Jake Fast, Alvaro Bajo & XS Energy Drinks | Bonzi Nation | http://www.youtube.com/watch?v=bCsWY5tpw10 | Rob Cotter & Lisa Arousa |
| G. Love & Special Sauce | City Livin | SR 623-100 | UMG Recordings, Inc. | 2013 Taste of Diamond | Bravo Family | http://vimeo.com/81529234 | Wonbo Shim |
| Mariah Carey | Hero | SR 178-631 | Sony Music Entertainment | Vision Network New Q.Emerald-BY Yoon (Toronto) | Johnangelayun, vision network | http://www.youtube.com/user/johnangelayun#p/u/6/4TiC4YFb5-0 | John and Angela Yun |
| Martin Solveig | The Night Out (Madeon Remix) | pending | Atlantic Recording Corporation | PARTY LIKE A FIREWORK Powered by XS ENERGY DRINK | Bonzi Nation | http://www.youtube.com/watch?v=MvHQTheXL4Q | Amway; Rob Cotter & Lisa Arousa |
| Psy | Gangnam Style | SR 708-885 | UMG Recordings, Inc. | Vision Global 퀭션 스케치 | Bravo Family | http://vimeo.com/74089765 | Wonbo Shim |
| RBD | No Pares (Acoustic) | SR 407-622 | Capitol Records, LLC | Amway Global GA Team | azucena023 | http://www.youtube.com/watch?v=6-EF4UvX6-M | unknown |
| Ronan Hardiman | Run Away | SR 289-421 | UMG Recordings, Inc. | Peter Island | n/a | http://forbusinessowners.weebly.com/dreamin-2.html  http://forbusinessowners.weebly.com/uploads/3/5/2/4/3524190/peter_island_368.mp4 | Greg Gilmour |
| Roxette | Dressed For Success (US single mix) | SR 107-583 | Atlantic Recording Corporation | 2010 FED Korea | Seowk75 | http://www.youtube.com/watch?v=cbumYQx5N_U | Wonkyoung Seo |
| Westlife | I Have a Dream | (exempt) | Sony Music Entertainment | 2011 Dream Night - Team John & Angela Yun | johnangelayun | http://www.youtube.com/user/johnangelayun#p/u/4/CrOOE7wfP2o | John and Angela Yun |
| Westlife | I Have a Dream | (exempt) | Sony Music Entertainment | 2011 Dreamnight VN | johnangelayun | http://www.youtube.com/user/johnangelayun#p/a/u/2/djsC1xj_8dQ | John and Angela Yun |

**Exhibit 5**

| Artist | Sound Recording | SR # | Plaintiff | Video Title | Uploader Information | URL(s) | Believed Creator and/or Uploader |
|---|---|---|---|---|---|---|---|
| Westlife | You Raise Me Up | (exempt) | Sony Music Entertainment | 2013 FED Irvine Bravo v1p1 | Bravo Family | http://vimeo.com/76389794 | Wonbo Shim |
| Yanni | Santorini (Live At the Acropolis) | SR 184-624 | Sony Music Entertainment | 2010 FED Korea | Seowk75 | http://www.youtube.com/watch?v=cbumYQx5N_U | Wonkyoung Seo |