ASIM KISHORE DESAI (SBN: 175402)
  adesai@gordonrees.com
A. LOUIS DORNY (SBN: 212054)
  adorny@gordonrees.com
GORDON & REES LLP
633 West Firth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000

C. MATTHEW ANDERSEN (*Pro Hac Vice*)
  cma@winstoncashatt.com
WINSTON & CASHATT, LAWYERS,
a Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Defendants
  Ron Puryear, Georgia Lee Puryear,
  Puryear Enterprises, Inc., World Wide Group, LLC

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA MUSIC; PROVIDENT LABEL GROUP LLC; WARNER BROS. RECORDS INC.; ATLANTIC RECODING CORPORATION; ELEKTRA ENTERTAINMENT GROUP INC.; and WARNER MUSIC LATINA INC.,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>NARUSS MAHAKKAPONG (a/k/a BOB JOE and d/b/a FOREVER AND A DAY | No. 14-7229<br><br>**DEFENDANTS RON PURYEAR a/k/a JAMES RON PURYEAR, JR., GEORGIA LEE PURYEAR, PURYEAR ENTERPRISES, INC., AND WORLD WIDE GROUP, LLC d/b/a WORLD WIDE DREAMBUILDERS' ANSWER TO COMPLAINT**<br><br>**(DEMAND FOR TRIAL BY JURY)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

and FOREVER AND A DAY NORTH
AMERICA); SAMORNSRI
MAHAKKAPONG (a/k/a NUCHIE JOE
and d/b/a FOREVER AND A DAY and
FOREVER AND A DAY NORTH
AMERICA); FOREVER AND A DAY
(d/b/a FOREVER AND A DAY NORTH
AMERICA); BRADLEY DEHAVEN (d/b/a
DEHAVEN ENTERPRISES); KIM
DEHAVEN ( d/b/a DEHAVEN
ENTERPRISES); MOTIVISION MEDIA,
LLC (d/b/a TEAM ONE); LUIS CHAVEZ;
MARIA CHAVEZ; FRANCISCO BAZAN
(a/k/a PACO BAZAN); GEOVANA
BAZAN; VISION GLOBAL, LLC;
PRUTSANAI MAHAKKAPONG (a/k/a
PATRICK MAHAKKAPONT and
PATRICK JOE); RAMANYA
CHUDATEMEE (a/k/a JOYCE JOE);
BRAVEBERRY LLC (d/b/a
BRAVEBERRY GLOBAL); RON
PURYEAR (a/k/a JAMES RON
PURYEAR, JR.); GEORGIA LEE
PURYEAR; PURYEAR ENTERPRISES,
INC.; WORLD WIDE GROUP, LLC (d/b/a
WORLD WIDE DREAMBUILDERS); and
DOES 1 through 10, inclusive,

Defendants.

21  Defendants RON PURYEAR (a/k/a JAMES RON PURYEAR, JR.);

22  GEORGIA LEE PURYEAR; PURYEAR ENTERPRISES, INC.; WORLD WIDE

23  GROUP, LLC (d/b/a WORLD WIDE DREAMBUILDERS) (herein after "World

24  Wide/Puryear Defendants"), by and through their attorney of record, appear and

25  answer Plaintiffs' Complaint. At the time of filing the World Wide/Puryear

26  Defendants answer, all other named Defendants have been dismissed.  The World

27  Wide/Puryear Defendants are without sufficient information to form a belief

28  related to the claims recited against the now dismissed Defendants and therefore

deny the same to the extent such still requires an answer.  The answer is limited as to those Plaintiffs who make a claim against the World Wide/Puryear Defendants.

## NATURE OF THE ACTION

1. Answering paragraph 1 of Plaintiffs' Complaint, World Wide/Puryear Defendants admit the same.

2. Answering paragraph 2 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

3. Answering paragraph 3 of Plaintiffs' Complaint, World Wide/Puryear Defendants admit that Ron Puryear is an Amway Independent Business Owner. Answering Defendants deny the balance of the allegations.

4. Answering paragraph 4 of Plaintiffs' Complaint, World Wide/Puryear Defendants admit that an action is pending captioned as *Alticor Inc., et al. v. UMG Recordings, Inc.*, et al., Case No. 6:14-cv-542-ORL-37-DAB (M.D. Fla.). Answering Defendants lack sufficient information to form a belief as to the balance of the allegations and therefore deny the same.

5. Answering paragraph 5 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

6. Answering paragraph 6 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

7. Answering paragraph 7 of Plaintiffs' Complaint, World Wide/Puryear World Wide/Puryear Defendants deny the same.

## PLAINTIFFS AND THEIR ALLEGED SOUND RECORDINGS

### Plaintiffs

8. Answering paragraph 8 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1    9.    Answering paragraph 9 of Plaintiffs' Complaint, World Wide/Puryear

2  Defendants lack sufficient information to form a belief as to the allegations and

3  therefore deny the same.

4    10.    Answering paragraph 10 of Plaintiffs' Complaint, World

5  Wide/Puryear Defendants lack sufficient information to form a belief as to the

6  allegations and therefore deny the same.

7    11.    Answering paragraph 11 of Plaintiffs' Complaint, World

8  Wide/Puryear Defendants lack sufficient information to form a belief as to the

9  allegations and therefore deny the same.

10    12.    Answering paragraph 12 of Plaintiffs' Complaint, Sony Latin does not

11  make a claim against the World Wide/Puryear Defendants thus an answer as to its

12  claims is not required.   To the extent an answer is required, the World

13  Wide/Puryear Defendants lack sufficient information to form a belief as to the

14  allegations and therefore deny the same.

15    13.    Answering paragraph 13 of Plaintiffs' Complaint, World

16  Wide/Puryear Defendants lack sufficient information to form a belief as to the

17  allegations and therefore deny the same.

18    14.    Answering paragraph 14 of Plaintiffs' Complaint, Provident does not

19  make a claim against the World Wide/Puryear Defendants thus an answer as to its

20  claims is not required.   To the extent an answer is required, the World

21  Wide/Puryear Defendants lack sufficient information to form a belief as to the

22  allegations and therefore deny the same.

23    15.    Answering paragraph 15 of Plaintiffs' Complaint, neither WB

24  Records nor WMG make a claim against the World Wide/Puryear Defendants thus

25  an answer as to its claims is not required.  To the extent an answer is required, the

26  World Wide/Puryear Defendants lack sufficient information to form a belief as to

27  the allegations and therefore deny the same.

28    16.    Answering paragraph 16 of Plaintiffs' Complaint, World

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

4

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1  Wide/Puryear Defendants lack sufficient information to form a belief as to the

2  allegations and therefore deny the same.

3        17.    Answering paragraph 17 of Plaintiffs' Complaint, Elektra does not

4  make a claim against the World Wide/Puryear Defendants thus an answer as to its

5  claims is not required.  To the extent an answer is required, the World

6  Wide/Puryear Defendants lack sufficient information to form a belief as to the

7  allegations and therefore deny the same.

8        18.    Answering paragraph 18 of Plaintiffs' Complaint, Warner Music

9  Latina does not make a claim against the World Wide/Puryear Defendants thus an

10  answer as to its claims is not required.  To the extent an answer is required, the

11  World Wide/Puryear Defendants lack sufficient information to form a belief as to

12  the allegations and therefore deny the same.

13  **Alleged Sound Recordings at Issue**

14        19.    Answering paragraph 19 of Plaintiffs' Complaint, World

15  Wide/Puryear Defendants lack sufficient information to form a belief as to the

16  allegations set forth in Exhibit 5 and therefore deny the same.  Exhibits 1-4 do not

17  relate to the World Wide/Puryear Defendants and therefore an answer is not

18  required.  To the extent an answer is required, the World Wide/Puryear Defendants

19  deny the same.

20  **Disputed Allegations Concerning Amway "Independent Business Owners"**

21  **(IBOs) and "Business Support Materials" (BSM)**

22        20.    Answering paragraph 20 of Plaintiffs' Complaint, World

23  Wide/Puryear Defendants admit Amway is a Multiple Level Marketing Company

24  that is a highly successful company due to the sale of its products.  Answering

25  Defendants deny all other inferences of the allegations.

26        21.    Answering paragraph 21 of Plaintiffs' Complaint, World

27  Wide/Puryear Defendants admits Amway's compensation plan provides for

28  commissions paid on sales. Answering Defendants deny all other inferences of

the allegations.

22.     Answering   paragraph   22   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants admit that "business support materials" ("BSM") are utilized to educate, motivate, and train IBOs.  Answering Defendants deny all other inferences of the allegations.

23.     Answering   paragraph   23   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants admit that all IBOs independently contract with Amway and a term of the contract is that the parties will abide by the terms of the Rules of Conduct as amended from time to time.   Answering Defendants deny all other inferences of the allegations.

24.     Answering   paragraph   24   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants admit that Ron Puryear has achieved the status of an Amway Diamond and deny as to the remaining answering Defendants.  Answering Defendants lack sufficient information to form a belief as to all other defendants and therefore deny the same.

25.     Answering   paragraph   25   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

## Disputed Allegations Concerning Amway's "BSM Suppliers" and "Approved Providers"

26.     Answering   paragraph   26   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

27.     Answering   paragraph   27   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

28.     Answering   paragraph   28   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants admit that Business Support Materials assist in the education, motivation and training of IBOs.  Answering Defendants deny all other inferences of the allegations.

//

DEFENDANTS' ANSWER TO COMPLAINT

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

29.     Answering paragraph 29 of Plaintiffs' Complaint, World Wide/Puryear Defendants admit that World Wide Group, LLC is an Accreditation Plus Approved Provider.  Answering Defendants deny all other inferences of the allegations.

30.     Answering paragraph 30 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

### The Alleged Infringing Videos

31.     Answering paragraph 31 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same as to them.  Answering defendants are without sufficient information to form a belief as to other unidentified entities or persons and therefore deny the same.

32.     Answering paragraph 32 of Plaintiffs' Complaint in its entirety, World Wide/Puryear Defendants deny the same.

33.     Answering paragraph 33 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

34.     Answering paragraph 34 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny same.

35.     Answering paragraph 35 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

### The Alleged Defendant Individuals and Entities

36.     To the extent an answer is required as to a dismissed party, answering paragraph 36 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

37.     To the extent an answer is required as to a dismissed party, answering paragraph 37 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

same.

38.    To the extent an answer is required as to a dismissed party, answering paragraph 38 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

39.    To the extent an answer is required as to a dismissed party, answering paragraph 39 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

40.    To the extent an answer is required as to a dismissed party, answering paragraph 40 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same .

41.    To the extent an answer is required as to a dismissed party, answering paragraph 41 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

42.    To the extent an answer is required as to a dismissed party, answering paragraph 42 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

43.    To the extent an answer is required as to a dismissed party, answering paragraph 43 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

44.    To the extent an answer is required as to a dismissed party, answering paragraph 44 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

DEFENDANTS' ANSWER TO COMPLAINT

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1   same.

2       45.    To the extent an answer is required as to a dismissed party, answering

3   paragraph 45 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

4   sufficient information to form a belief as to the allegations and therefore deny the

5   same.

6       46.    To the extent an answer is required as to a dismissed party, answering

7   paragraph 46 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

8   sufficient information to form a belief as to the allegations and therefore deny the

9   same.

10      47.    To the extent an answer is required as to a dismissed party, answering

11  paragraph 47 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

12  sufficient information to form a belief as to the allegations and therefore deny the

13  same.

14      48.    To the extent an answer is required as to a dismissed party, answering

15  paragraph 48 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

16  sufficient information to form a belief as to the allegations and therefore deny the

17  same.

18      49.    To the extent an answer is required as to a dismissed party, answering

19  paragraph 49 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

20  sufficient information to form a belief as to the allegations and therefore deny the

21  same.

22      50.    To the extent an answer is required as to a dismissed party, answering

23  paragraph 50 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

24  sufficient information to form a belief as to the allegations and therefore deny the

25  same.

26      51.    To the extent an answer is required as to a dismissed party, answering

27  paragraph 51 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

28  sufficient information to form a belief as to the allegations and therefore deny the

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1  same.

2       52.    To the extent an answer is required as to a dismissed party, answering
3  paragraph 52 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack
4  sufficient information to form a belief as to the allegations and therefore deny the
5  same.

6       53.    To the extent an answer is required as to a dismissed party, answering
7  paragraph 53 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack
8  sufficient information to form a belief as to the allegations and therefore deny the
9  same.

10       54.    To the extent an answer is required as to a dismissed party, answering
11  paragraph 54 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack
12  sufficient information to form a belief as to the allegations and therefore deny the
13  same.

14       55.    To the extent an answer is required as to a dismissed party, answering
15  paragraph 55 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack
16  sufficient information to form a belief as to the allegations and therefore deny the
17  same.

18       56.    To the extent an answer is required as to a dismissed party, answering
19  paragraph 56 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack
20  sufficient information to form a belief as to the allegations and therefore deny the
21  same .

22       57.    To the extent a answer is required as to a dismissed party, answering
23  paragraph 57 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack
24  sufficient information to form a belief as to the allegations and therefore deny the
25  same.

26       58.    To the extent an answer is required as to a dismissed party, answering
27  paragraph 58 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack
28  sufficient information to form a belief as to the allegations and therefore deny the

same.

59.   To the extent an answer is required as to a dismissed party, answering paragraph 59 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

60.   To the extent an answer is required as to a dismissed party, answering paragraph 60 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

61.   Answering paragraph 61 of Plaintiffs' Complaint, World Wide/Puryear Defendants admit Mr. and Mrs. Puryear are residents of the State of Washington.  Answering Defendants deny all other inferences of the allegations.

62.   Answering paragraph 62 of Plaintiffs' Complaint, World Wide/Puryear Defendants admits Puryear Enterprises, Inc. is a Washington corporation and that it is a permissible legal structure to own an Amway Independent Business.  Answering Defendants deny all other inferences of the allegations.

63.   Answering paragraph 63 of Plaintiffs' Complaint, World Wide/Puryear Defendants admits World Wide Group, LLC is a Washington Limited Liability Company that does business as World Wide Dreambuilders and is an Accreditation Plus Approved Provider.  Answering Defendants deny all other inferences of the allegations.

64.   Answering paragraph 64 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

65.   Answering paragraph 65 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

66.   Answering paragraph 66 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

67. Answering paragraph 67 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

## JURISDICTION AND VENUE

68. Answering paragraph 68 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

69. Answering paragraph 69 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

70. To the extent an answer is required as to a dismissed party, answering paragraph70 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

71. Answering paragraph 71 of Plaintiffs' Complaint, World Wide/Puryear Defendants deny the same.

72. Answering paragraph 72 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

## COUNT I

### Alleged Direct, Contributory, and Vicarious Copyright Infringement
(by Plaintiffs UMG, Sony, Arista, and Atlantic against the MaHakkapong/Forever and a Day Defendants, and DOES 1 through 2)

73. Answering paragraph 73 of Plaintiffs' Complaint, World Wide/Puryear Defendants incorporate by reference their prior answers.

74. To the extent an answer is required as to a dismissed party, answering paragraphs 74-83 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

/ / /

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

## COUNT II

### Alleged Direct, Contributory, and Vicarious Copyright Infringement
**(by Plaintiffs UMG, Capitol, Sony, Provident, WB Records, and Atlantic against the DeHaven / Team ONE Defendants, and DOES 3 through 4)**

84. Answering paragraph 84 of Plaintiffs' Complaint, World Wide/Puryear Defendants incorporate by reference their prior answers.

85. To the extent an answer is required as to a dismissed party, answering paragraph 85-94 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

## COUNT III

### Alleged Direct, Contributory, and Vicarious Copyright Infringement
**(by Plaintiffs UMG, Capitol, Sony, Sony Latin, Elektra, and Warner Music Latina against the Vision Global Defendants, and DOES 5 through 6)**

95. Answering paragraph 95 of Plaintiffs' Complaint, World Wide/Puryear Defendants incorporate by reference their prior answers.

96. To the extent an answer is required as to a dismissed party, answering paragraphs 96-105 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack sufficient information to form a belief as to the allegations and therefore deny the same.

## COUNT IV

### Alleged Direct, Contributory, and Vicarious Copyright Infringement
**(by Plaintiffs UMG, Capitol, and WB Records against the Braveberry Defendants, and DOES 7 through 8)**

106. Answering paragraph 106 of Plaintiffs' Complaint, World Wide/Puryear Defendants incorporate by reference their prior answers.

107. To the extent an answer is required as to a dismissed party, answering paragraphs 107-116 of Plaintiffs' Complaint, World Wide/Puryear Defendants lack

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1  sufficient information to form a belief as to the allegations and therefore deny the

2  same.

### COUNT V

### Alleged Direct, Contributory, and Vicarious Copyright Infringement
**(by Plaintiffs UMG, Capitol, Sony, Arista, and Atlantic against the
Puryear/World Wide Dreambuilders Defendants, and DOES 9 through 10)**

117.  Answering   paragraph   117   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants incorporate by reference their prior answers.

118.  Answering   paragraph   118   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

119.  Answering   paragraph   119   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

120.  Answering   paragraph   120   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

121.  Answering   paragraph   121   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

122.  Answering   paragraph   122   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

123.  Answering   paragraph   123   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

124.  Answering   paragraph   124   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

125.  Answering   paragraph   125   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

126.  Answering   paragraph   126   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

127.  Answering   paragraph   127   of   Plaintiffs'   Complaint,   World Wide/Puryear Defendants deny the same.

14

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

## AFFIRMATIVE DEFENSES

Without assuming any burden that it would not otherwise have, the World Wide/Puryear Defendants assert the following affirmative defenses. The World Wide/Puryear Defendants reserve the right to amend this Answer with additional defenses after further information is obtained.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Plaintiffs fail to allege any fact in support of a claim for direct, indirect or vicarious liability and thus they fail to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

For each alleged act of infringement that occurred more than three years prior to the filing of this action, Plaintiffs' claims are barred by the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE
### (Inexcusable Delay/Waiver/Acquiescence/Laches)

Plaintiffs asserted works are not entitled to a presumption of validity to the extent Plaintiffs have failed to timely register the asserted work. In addition, for each accused video containing a sound recording that was matched through the Content ID system to a reference file associated with a Plaintiff's sound recording, where Plaintiff elected to permit the video to remain on YouTube and elected to monetize the accused video through advertising and other revenue streams or otherwise failed to take action to block the accused video within a reasonable period following such matching, Plaintiff's inaction and delay was inexcusable and worked to the prejudice of Defendants, resulting in waiver, acquiescence, and/or laches.

///

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1    Plaintiffs also exercised inexcusable delay in notifying YouTube and other
2  Internet sites.  Upon information and belief,  Plaintiffs failed to send "DMCA"
3  notices  under  the  Digital  Millennium  Copyright  Act,  resulting  in  waiver,
4  acquiescence and/or laches.

5    As such, Plaintiffs' claims, including those for monetary relief, are barred in
6  whole or in part.

7  ### FOURTH AFFIRMATIVE DEFENSE

8  ### (Implied License/Consent)

9    Plaintiffs' participation in the Content ID system offered through YouTube
10  created  an  implied  license  and/or  consent  with  respect  to  those  accused  videos
11  posted to the YouTube site(s).

12  ### FIFTH AFFIRMATIVE DEFENSE

13  ### (Unjust enrichment)

14    Plaintiffs'  claims  to  the  extent  they  now  seek  to  obtain  monetary  relief  for
15  the  alleged  infringing  videos  that  were  monetized  through  advertising  and  other
16  revenue streams on YouTube via the Content ID system, or similar systems offered
17  through Internet sites, would result in unjust enrichment to Plaintiffs.  As such, the
18  claims should be barred in whole or in part.

19  ### SIXTH AFFIRMATIVE DEFENSE

20  ### (Unclean Hands)

21    Plaintiffs'  claims  to  the  extent  they  now  seek  to  obtain  monetary  or  other
22  relief  for  those  alleged  infringing  videos  that  were  tracked  and/or  monetized
23  through  advertising  and  other  revenue  streams  on  YouTube  via  the  Content  ID
24  system,  or  similar  systems  offered  through  Internet  sites,  are  barred  under  the
25  doctrine of unclean hands.

26  ### SEVENTH AFFIRMATIVE DEFENSE

27  ### (Copyright Misuse)

28    Plaintiffs' claims against the World Wide/Puryear Defendants constitute

copyright misuse in that Plaintiffs seek to recover statutory and other damages far in excess of that allowed by law.  The claims made in this litigation are collateral to and in aid of asserted claims against Amway Corporation in the litigation referenced in paragraph four (4) of the Complaint.  The claims against the World Wide/Puryear Defendants were made without any showing of liability, causation or actual damages all in the hope of coercing a disproportionately large settlement. Furthermore, Plaintiffs are double dipping and trying to extract additional payment for that which they already have licensed through the Content ID system offered through YouTube, or similar systems offered through Internet sites.  For example, Plaintiffs' claims also constitute copyright misuse to the extent they attempt to expand their U.S. copyrights to cover allegedly infringing actions occurring outside the United States.  Also, Plaintiffs' claims also constitute copyright misuse to the extent Plaintiffs attempt to expand their purported U.S. or common law copyrights to cover "public performance" of sound recordings in audiovisual works.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiffs' claims, to the extent they seek actual damages, should be barred due to Plaintiffs' failure to mitigate damages, based at least in part on Plaintiffs' failure to block those videos that were posted to YouTube, Plaintiffs' failure to send timely DMCA notices, and Plaintiffs' failure to timely notify the World Wide/Puryear Defendants about the alleged infringements for which they contend there is infringement liability.

## NINTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiffs' claims, to the extent they now seek to obtain monetary or other relief for the alleged infringing videos that were tracked and/or monetized through advertising and other revenue streams on YouTube via the Content ID system, or

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1  similar systems offered through Internet sites, should be barred under the doctrine
2  of estoppel.

### TENTH AFFIRMATIVE DEFENSE
### (Fair Use)

The accused videos are not actionable acts of infringement because the accused use of copyrighted sound recordings in those videos constitutes fair use under U.S. Copyright law.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Lack of Presumption of Validity)

For those copyrighted works for which Plaintiffs failed to timely register the works within five years of publication, Plaintiffs' claims lack a presumption of validity.

### TWELTH AFFIRMATIVE DEFENSE
### (Third Party Liability)

Any use on YouTube and any other internet sites of any protected elements of the works that are the subject of the asserted copyrights was made by third parties without the knowledge, consent or participation of the World Wide/Puryear Defendants who are not liable for such use.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (Injunctive Relief is Not Proper)

Plaintiffs have not suffered any irreparable injury.   Plaintiffs have an adequate remedy at law and injunctive relief would be contrary to the public interest.  Plaintiffs are not entitled to injunctive relief.

### FOURTEENTH AFFIRMATIVE DEFENSE
### (No Intent to Induce Copyright Infringement)

The World Wide/Puryear Defendants have not engaged in purposeful, culpable expression or conduct designed or intended to result in others infringing of   Plaintiffs' asserted copyrights and thus is not liable under Plaintiffs'

DEFENDANTS' ANSWER TO COMPLAINT

inducement claims.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Intended Third Party Beneficiary)

Plaintiffs individually, and for the benefit of each other, have entered into a contract with Amway to ameliorate any improper infringing use of their property rights. That contract requires notice to Amway and an opportunity to address alleged infringement. The purpose of the contract was to avoid the harm now alleged by the Plaintiffs. The intended beneficiaries of the agreement are those who may inadvertently, indirectly or directly be liable in whole or part for an infringement. The Puryear/World Wide Defendants are an intended beneficiary of the contract to the extent of Plaintiffs claims. Plaintiffs have failed to comply with its contractual obligations; which is the subject of the litigation referenced in Paragraph four (4) of the Complaint. The failure to perform all necessary conditions precedent to a claim is a material breach by Plaintiffs of the contract which bars the claims made and recovery sought against the World Wide/Puryear Defendants.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Actions of Others)

The claims and damages of Plaintiffs, if any, are in whole and or part the result of actions or inactions of others than the named Defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Acts Outside the Jurisdiction of the Court)

As set forth in Plaintiffs Exhibit 5 to the Complaint, many if not all of the alleged infringing videos attributed to the World Wide/Puryear Defendants appear to be created and/or uploaded outside of the United States. The alleged activity, including acts outside the United States, of purported performance of sound recordings is not actionable in the United States as a matter of law.

/ / /

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

DEFENDANTS' ANSWER TO COMPLAINT

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Failure to Join Required Parties)

Plaintiffs have failed to join required parties to this litigation.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Attorney Fees)

The Puryear/World Wide Defendants are entitled to and award of their reasonable fees and costs for defending this action as permitted by 17 U.S.C. §505.

## DEMAND FOR TRIAL BY JURY

The Puryear/World Wide Defendants demand trial by jury of all issues.

## PRAYER FOR RELIEF

WHEREFORE, World Wide/Puryear Defendants respectfully pray for judgment against each Plaintiff individually and collectively as follows:

1.    Trial of all issues by jury.

2.    Plaintiffs take nothing by way of their Complaint.

3.    The Complaint be dismissed with prejudice, without costs or attorney fees.

4.    The World Wide/Puryear Defendants be awarded their reasonable attorney fees and costs for having to appear and defend this matter.

5.    For such other relief as the Court deems allowed by law and or to be just and equitable.

DATED this 19 day of March, 2015.

s/ ASIM KISHORE DESAI (SBN: 175402)
 adesai@gordonrees.com
A. LOUIS DORNY (SBN: 212054)
 adorny@gordonrees.com
GORDON & REES LLP
633 West Firth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000

1

2 C. MATTHEW ANDERSEN *(Pro Hac Vice)*
  cma@winstoncashatt.com

3 WINSTON & CASHATT, LAWYERS,

4 a Professional Service Corporation
 601 W. Riverside, Ste. 1900

5 Spokane, WA  99201
 Telephone:  (509) 838-6131

6

7 Attorneys for Defendants

8  Ron Puryear, Georgia Lee Puryear,
  Puryear Enterprises, Inc., World Wide Group,

9 LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

DEFENDANTS' ANSWER TO COMPLAINT