# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: RECORD COMPANY
INFRINGEMENT LITIGATION,  Case No. 6:15-cv-708-Orl-37DAB

---

UMG RECORDINGS, INC.; CAPITOL
RECORDS, LLC; SONY MUSIC
ENTERTAINMENT; SONY MUSIC
ENTERTAINMENT US LATIN, LLC;
ARISTA MUSIC; PROVIDENT LABEL
GROUP, LLC; WARNER BROS.
RECORDS, INC.; ATLANTIC
RECORDING CORPORATION;
ELEKTRA ENTERTAINMENT GROUP,
INC.; and WARNER MUSIC LATINA,
INC.,

Plaintiffs,

v.  Case No. 6:15-cv-776-Orl-37DAB

RON PURYEAR; GEORGIA LEE
PURYEAR; PURYEAR ENTERPRISES,
INC.; and WORLD WIDE GROUP, LLC,

Defendants.

---

## ORDER

This cause is before the Court on the Joint Motion of Plaintiffs and Defendants to Consolidate for Discovery (Doc. 95), filed June 5, 2015 in Case Number 6:15-cv-776-Orl-37DAB ("776 Action"); and Notice of Filing Motion to Consolidate (Doc. 17), filed June 5, 2015 in Case Number 6:15-cv-708-Orl-37DAB ("Consolidated Action").

Upon consideration, the Court finds that the 776 Action is due to be consolidated for purposes of discovery with *Alticor Inc. v. UMG Recordings, Inc.*, Case No. 6:14-cv-541-Orl-37DAB ("541 Action"), *UMG Recordings, Inc. v. Foley*, Case No. 6:14-cv-1511-

Orl-37DAB ("1511 Action"), and *UMG Recordings, Inc. v. Mahakkapong*, 6:14-cv-2045-Orl-37DAB ("2045 Action"). Discovery in the 776 Action will be managed in the Consolidated Action in accordance with the Court's Order dated April 30, 2015 and the Report and Recommendation dated April 10, 2015. (Consolidated Action, Docs. 1 & 2.)

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Joint Motion of Plaintiffs and Defendants to Consolidate for Discovery (776 Action, Doc. 95) is **GRANTED**.

2. The 776 Action is **CONSOLIDATED** with the 541 Action, 1511 Action, and 2045 Action for purposes of discovery.

3. The Clerk is **DIRECTED** to designate the Defendants in the 776 Action—Ron Puryear, Georgia Lee Puryear, Puryear Enterprises, Inc., and World Wide Group, LLC—as additional Defendants in the Consolidated Action.

4. Until the conclusion of discovery, the parties in the 776 Action are **DIRECTED** to file all documents in the Consolidated Action except for matters pertaining solely to non-common, discrete aspects of the 776 Action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 10, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record